**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:19-cv-23084-KMW**

OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES and EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.
_____/

**NOTICE OF FILING RENOTICE OF SELECTION OF MEDIATOR**

Pursuant to the Scheduling Order entered by the Court on October 17, 2019 (D.E. 34), the Parties file this Notice to inform the Court that the Parties have selected David Lichter as their mediator, and the mediation conference in this matter shall be held on June 18, 2020, at 10:00 a.m. at 2999 N.E. 191st Street, Suite 330, Aventura, Florida 33180.

Dated: November 19, 2019

Respectfully Submitted,
PODHURST ORSECK, P.A.

By: *Peter Prieto*_____
Peter Prieto (FBN 501492)
John Gravante (FBN 617113)
Matthew P. Weinshall (FBN 84783)
Alissa Del Riego (FBN 99742)
SunTrust International Center
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email:pprieto@podhurst.com
     jgravante@podhurst.com
     mweinshall@podhurst.com
     adelriego@podhurst.com

Roland Tellis
rtellis@baronbudd.com
Jonas P. Mann
jmann@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard,
Suite 1600
Encino, California 91436


Dennis McCarty
dennismccartylaw@gmail.com
Jonathan Raburn
jonathan@geauxlaw.com
McCARTY & RABURN PLLC
2931 Ridge Road, Suite 101 #504
Rockwall, Texas 75032

*Counsel for Plaintiffs*

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
skohlmyer@shepardfirm.com
Mary Grace Dyleski
mdyleski@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Pkwy., Ste. 100
Maitland, FL 32751
(407) 622-1772

*Counsel for Healthcare Revenue Recovery Group*

/s/ *Will R. Taylor*
Will R. Taylor
wrtaylor@jonesday.com
Alexander G. Hughes
ahughes@jonesday.com
Jones Day
717 Texas, Ste. 3300
Houston, TX 77002
(832) 239-3860

*Counsel for Experian Information Solutions*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed on November 19, 2019, with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served this day upon all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: /s/ *Peter Prieto*
Peter Prieto