UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-23084-WILLIAMS/TORRES

OMAR SANTOS and AMANDA )
CLEMENTS on behalf of themselves and )
all others similarly situated, )
)
        Plaintiffs, )   CASE NO. 1:19-cv-23084-KMW
)
v. )
)
HEALTHCARE REVENUE RECOVERY )
GROUP, LLC d/b/a ARS ACCOUNT )
RESOLUTION SERVICES, and )
EXPERIAN INFORMATION )
SOLUTIONS, INC.,, )
)
        Defendants. )
)
_____ )

**DECLARATION OF PATRICIA FINNERAN IN SUPPORT OF DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO STAY**

I, Patricia Finneran, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts stated in this declaration. I make this declaration in support of Experian Information Solutions, Inc.'s ("Experian") Expedited Motion to Stay. If called upon to do so, I could and would testify competently to the facts stated below.

2. I have worked at Experian and its predecessor, TRW, for approximately 39 years. Since 2017, I have been the Director of Data Accuracy at Experian. From 2011 until 2017, I was the Marketing Director for the Product Infrastructure Department. Prior to holding that position, I was Senior Marketing Manager from 2000 until 2011 and Marketing Manager from 1995 until

2000. I am responsible for the business rules that dictate how credit information is loaded into Experian's consumer credit database, FileOne, and how that credit information is formatted and furnished to Experian's customers.

3. In order to respond to Plaintiffs' discovery requests regarding purported class members, Experian must design and implement searches across various databases in order to discern potentially responsible information. These searches and the subsequent data analysis Experian must perform to respond to these requests are time and resource-intensive, requiring the attention of Experian employees who have additional, non-litigation related job responsibilities.

4. The complex work required to respond to Plaintiffs' discovery requests detracts from my and other employees' duties.

5. Experian has already spent substantial time working to respond to Plaintiffs' discovery requests regarding the purported class and had initially anticipated completing the work in February 2020. However, due to the extremely complex and labor-intensive nature of the work, Experian will have to spend a substantial amount of time over many more weeks completing the research and analysis.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Costa Mesa, California
on March 6, 2020

_____
Patricia Finneran