UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-23084-CIV-WILLIAMS

OMAR SANTOS, *et al.*,

    Plaintiffs,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on (DE 41) Defendant Experian Information Solutions, Inc.'s expedited motion for a partial stay of discovery pending a ruling on its motion for summary judgment. Plaintiffs filed a response in opposition (DE 44) and Defendant filed a reply (DE 45).

District courts enjoy broad discretion in deciding how best to manage the cases before them and to set and enforce scheduling deadlines. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997); *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("At the outset, we stress the broad discretion district courts have in managing their cases."); *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling."). On a review of Defendant's motion for summary judgment and Plaintiff's response, the Court cannot conclude that the motion is so clearly meritorious that discovery should be stayed during its pendency.

Accordingly, Defendant's motion (DE 41) is **DENIED**. The Court reminds Defendant that under Local Rule 7.1, "[f]iling and service of multiple motions for partial summary judgment is prohibited, absent prior permission of the Court."

    **DONE AND ORDERED** in chambers in Miami, Florida, this 25th day of March, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE