CONFIDENTIAL

# EXHIBIT "D"

CONFIDENTIAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No 1:19-cv-23084-KMW**

OMAR SANTOS and AMANDA CLEMENTS on
behalf of themselves and all others similarly situated,

       Plaintiffs,

  vs.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC d/b/a ARS ACCOUNT RESOLUTION
SERVICES and EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendants.

_____/

### Declaration of Kimberly Cave

I, Kimberly Cave, declare and state:

1. My name is Kimberly Cave and I am over 18 years of age and am competent to testify to the matters herein. I have personal knowledge of the facts recited in this declaration.

2. I am a Compliance and Litigation Analyst for Experian Information Solutions, Inc. ("Experian") which is a credit reporting agency.

3. Experian was furnished data regarding Omar Santos ("Santos") and Amanda Clements ("Clements") by Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("ARS") regarding accounts of Santos and Clements.

4. ███████████████████████████████████████████

5. I am familiar with the Metro 2® data format that data furnishers utilize to furnish consumer credit data to Experian in compliance with the Fair Credit Reporting Act ("FCRA").

6. I am familiar with the e-OSCAR platform that data furnishers utilize to review and respond to Automated Consumer Dispute Verification Forms ("ACDVs"), which contain Metro 2® compliant and FCRA compliant data fields.

7. ARS has furnished data to Experian electronically utilizing the Metro 2® data format.

<span style="color:red">CONFIDENTIAL</span>

8.     ARS has reviewed and responded to ACDVs sent to them from Experian utilizing the e-OSCAR platform.

9.     The Metro 2® data format does not include data fields titled, "Date of Status" or "First Reported Date".

10.     The e-OSCAR platform for reviewing and responding to ACDVs does not include data fields titled, "Date of Status or "First Reported Date".

11.     

12.     For purposes of the information furnished by ARS at issue in this case, ARS did not furnish any information titled, "Date of Status" or "First Reported Date" to Experian through the Metro 2® format or by any other method.

13.     In responding to ACDVs via the e-OSCAR platform, for purposes of the information furnished by ARS at issue in this case, ARS did not furnish any information titled, "Date of Status" or "First Reported Date" to Experian through e-OSCAR or by any other method.

14.

15.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Princeton, Texas

This 19th day of May 2020.

Kimberly Cave
Compliance and Litigation Analyst
Experian Information Services, Inc.