CONFIDENTIAL

# EXHIBIT "F"

CONFIDENTIAL

1                CAVE - 7/22/20

2           UNITED STATES DISTRICT COURT

3           SOUTHERN DISTRICT OF FLORIDA

4                MIAMI DIVISION

5    ----------------------------

6    OMAR SANTOS AND AMANDA CLEMENTS on

7    behalf of themselves and all

8    others similarly situated,

9                    Plaintiffs

10

11   -against-              Case No.

12                         1:19-cv-23084-KMW

13   HEALTHCARE REVENUE RECOVERY,

14   GROUP, LLC D/B/A ARS ACCOUNT

15   RESOLUTION SERVICES AND EXPERIAN

16   INFORMATION SOLUTIONS, INC.,

17                    Defendants.

18   ----------------------------

19       VIDEOTAPED REMOTE DEPOSITION OF

20              KIMBERLY CAVE

21              July 22, 2020

22           ***CONFIDENTIAL***

23

24   Reported by:  Susan S. Klinger, RMR-CRR, CSR

25   Job No. 181822

CONFIDENTIAL

1                CAVE - 7/22/20



CONFIDENTIAL

```
 1                CAVE - 7/22/20

 2     ████████████████████████████

       ███████████████████████████████████████

       █████████████████████████████████████████████

       ███████████████████████████████████████████████

       ████████████

 7          Q.    Do you know that person's name?

 8          A.    I believe at the time that was Lila

 9     Mumolo.

10          Q.    Could you spell that for me, please?

11          A.    First and last?

12          Q.    Lila I got, the last name, please?

13          A.    I believe that is M-u-m-o-l-o.

14          Q.    Is Ms. Mumolo -- if I said that

15     right, Mumolo; is that right?

16          A.    Mumolo.

17          Q.    Mumolo, I have got a California

18     problem, okay, Mumolo.  Does Ms. Mumolo -- is

19     Ms. Mumolo still employed by Experian?

20          A.    No, sir, she was fortunately able to

21     retire in the not so distant past.

22          Q.    Good for her.  When did she retire,

23     do you know?

24          A.    I believe, again, this is calling on

25     my personal knowledge, I think it was sometime
```

CONFIDENTIAL

1            CAVE - 7/22/20

2

CONFIDENTIAL

1                    CAVE - 7/22/20

2

CONFIDENTIAL

1              CAVE - 7/22/20

2

CONFIDENTIAL

1               CAVE - 7/22/20

2

1                    CAVE - 7/22/20

2

CONFIDENTIAL

1                    CAVE - 7/22/20

2          ████████████████████████

████████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████

███████████████████

███████████████████████████████████

█████████████████████

█████████████████████████████████████

██████████████████████████

████████████████████████████████

█████████████████████████████████████

█████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████

██████████████████████████████████████

███████████████████████████████████████

█████████████████████████████

████          A.     It is my understanding that that

1                    CAVE - 7/22/20

2

CONFIDENTIAL



```
 1              CAVE - 7/22/20

 2  ████████████████████████████████████

24       Q.   Ms. Mumolo sat within the -- I'm

25  sorry, can you remind me of the department that
```

```
1                    CAVE - 7/22/20
2
```

CONFIDENTIAL

1                    CAVE - 7/22/20

2

```
1                    CAVE  -  7/22/20
2
```

CONFIDENTIAL

```
 1              CAVE - 7/22/20

 2  ████████████████████████████████████

████████████████████████████████████████

████████████

█████████████████████████████████████████████

████████████████

█████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████

██████████████

█████████████████████████████████████

███████████████████████████████████████

████████████████████

20      Q.    Experian has its own credit score

21  model; right, aside from FICO?

22      A.    Well, I don't know if it is Experian

23  Information Solutions, Inc., but there is an

24  Experian-owned company that does credit

25  scoring.
```

1                    CAVE - 7/22/20

2     ████████████████████████

████████████████████████████████

████████████████████

████████████████████████████

████████████████████████

████████████████████████████████

████████████████████████████████

██████████████████████████████

██████████████████████████

██████████████████████████████

██████████████████████████████████

█████████████████████████████

██████████████████

████████████████████████████████████

████████████████████████████

██████████████████

████████████████████████████

████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████

████████████████████████████████

CONFIDENTIAL

```
1                    CAVE - 7/22/20

2
```

CONFIDENTIAL

```
1                    CAVE - 7/22/20

2
```

CONFIDENTIAL

```
 1                    CAVE - 7/22/20
 2
```

1            CAVE - 7/22/20

2

CONFIDENTIAL

1               CAVE - 7/22/20

2

CONFIDENTIAL

1            CAVE - 7/22/20

2

CONFIDENTIAL

1                    CAVE - 7/22/20

2

CONFIDENTIAL

1                    CAVE - 7/22/20

2

CONFIDENTIAL

1                    CAVE - 7/22/20

2