UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-23084-KMW

OMAR SANTOS and AMANDA CLEMENTS
on behalf of themselves and all others similarly
situated,

    Plaintiffs,
vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ARS ACCOUNT
RESOLUTION SERVICES and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held via video conference on September 16, 2020. The two named Plaintiffs were not present at the initial introductory session. Inquiry was made as to their location, the parties were informed that the named Plaintiffs were available by telephone, and the introductory session proceeded without objection without the named Plaintiffs. Thereafter, Plaintiffs participated in the caucus with their counsel and the Mediator, and the matter was not settled.

Respectfully Submitted,

LICHTER LAW FIRM
2999 NE 191st, Suite 330
Aventura, FL 33180
(305) 356-7555

By: /s/ David Lichter, Esq.
    David H. Lichter, Esq.,
    *Mediator*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2020, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

| | |
|---|---|
| *Via E-mail:  PPrieto@podhurst.com*<br>Peter Prieto, Esq.<br>Podhurst Orseck P.A.<br>SunTrust International Center<br>One S.E. 3rd Ave., Ste. 2300<br>Miami, FL 33131 | *Via E-mail:  skohlmyer@shepardfirm.com;*<br>*mdyleski@shepardfirm.com*<br>Ernest H. "Skip" Kohlmyer, III, Esq.<br>Mary Grace Dyleski, Esq.<br>Shepard, Smith, Kohlmyer & Hand, P.A.<br>2300 Maitland Center Pkwy., Ste. 100<br>Maitland, FL 32751 |
| *Via Email:  rtellis@baronbudd.com;*<br>*jmann@baronbudd.com*<br>Roland K. Tellis, Esq.<br>Jonas P. Mann, Esq.<br>Baron & Budd, P.C.<br>15910 Ventura Blvd., Ste. 1600<br>Encino, CA 91436 | *Counsel for Defendant Healthcare Revenue Recovery Group's Counsel*<br><br>*Via E-mail:  cperezsoto@jonesday.com;*<br>*mweinroth@jonesday.com*<br>Ana Maria Cristina Perez Soto, Esq.<br>Marc Weinroth, Esq.<br>Jones Day<br>600 Brickell Avenue, Ste. 3300<br>Miami, FL 33131 |
| *Via E-mail:  jonathan@geauxlaw.com ;*<br>*dennismccartylaw@gmail.com*<br>Jonathan F. Raburn, Esq.<br>Dennis McCarty, Esq.<br>McCarty & Raburn, PLLC<br>2931 Ridge Rd., Ste. 101 #504<br>Rockwall, TX 75032<br><br>*Counsel for Plaintiffs* | *Via E-mail:  wrtaylor@jonesday.com;*<br>*ahughes@jonesday.com*<br>Will R. Taylor, Esq.<br>Alexander G. Hughes, Esq.<br>Jones Day<br>717 Texas, Ste. 3300<br>Houston, TX 77002<br><br>*Counsel for Defendant Experian Information Solutions, Inc.'s* |

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122