# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated, | Case No 1:19-cv-23084-KMW |
| Plaintiffs, | |
| vs. | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. _____/ | |

**DECLARATION OF JONAS P. MANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Jonas P. Mann, declare as follows:

1. I am an attorney admitted to this Court *pro hac vice* and licensed to practice before all courts of the State of California. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them. I am an attorney with the law firm of Baron & Budd, P.C., counsel of record for Plaintiffs Omar Santos and Amanda Clements ("Plaintiffs"). I make this declaration in support of Plaintiffs' Opposition to Defendant Healthcare Revenue Recovery Group, LLC's ("HRRG") motion for summary judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of HRRG's corporate designee, Patrick Brennan.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Defendant Experian Information Solutions, Inc.'s ("Experian") corporate designee, Patricia Finneran. This exhibit is redacted in compliance with S.D. Fla. L.R. 5.4.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Experian's corporate designee, Kimberly Cave. This exhibit is redacted in compliance with S.D. Fla. L.R. 5.4.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff Omar Santos' Experian credit report dated July 24, 2017. This exhibit is redacted in compliance with Fed. R. Civ. P. Rule 5.2.

6. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff Omar Santos' Experian credit report dated September 5, 2017. This exhibit is redacted in compliance with Fed. R. Civ. P. Rule 5.2.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Amanda Clements' Experian credit report dated July 25, 2017. This exhibit is redacted in compliance with Fed. R. Civ. P. Rule 5.2.

8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff Amanda Clements' Experian credit report dated August 22, 2017. This exhibit is redacted in compliance with Fed. R. Civ. P. Rule 5.2.

9. Attached hereto as Exhibit 8 is a true and correct copy of HRRG's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

10. Attached hereto as Exhibit 9 are true and correct copies of Automated Consumer Dispute Verification ("ACDV") forms completed by HRRG and returned to Experian following disputes initiated by Plaintiff Santos.

11. Attached hereto as Exhibit 10 are true and correct copies of ACDVs completed by HRRG and returned to Experian following disputes initiated by Plaintiff Clements.

12. Attached hereto as Exhibit 11 is a true and correct copy of Experian's product information sheet.

13. Attached hereto as Exhibit 12 is a true and correct copy of Experian's Responses to Plaintiffs' Request for Admissions. This exhibit is redacted in compliance with S.D. Fla. L.R. 5.4.

14. Attached hereto as Exhibit 13 is a true and correct copy of a dispute letter submitted to Experian by Plaintiff Santos regarding three HRRG-reported accounts on July 27, 2017. This exhibit is redacted in compliance with Fed. R. Civ. P. Rule 5.2.

15. Attached hereto as Exhibit 14 is a true and correct copy of a dispute letter submitted to Experian by Plaintiff Clements regarding two HRRG-reported accounts on July 26, 2017. This exhibit is redacted in compliance with Fed. R. Civ. P. Rule 5.2.

16. Attached hereto as Exhibit 15 is a true and correct copy of Experian's Responses to Plaintiffs' Second Set of Interrogatories. This exhibit is redacted in compliance with S.D. Fla. L.R. 5.4.

17. Attached hereto as Exhibit 16 is a true and correct copy of Experian's Second Supplemental Responses to Plaintiffs' Interrogatories 1, 4, and 5. This exhibit is redacted in compliance with S.D. Fla. L.R. 5.4.

18. Plaintiffs request the Court deny HRRG's motion pursuant to Fed. R. Civ. P. Rule 56(d) because discovery is still ongoing, and as a result, Plaintiffs lack the discovery necessary to properly respond to aspects of HRRG's motion.

19. Specifically, HRRG makes several arguments regarding credit scoring models and how third parties view credit reports, discovery into both of these issues is on going.

20. During the deposition of HRRG's corporate designee, he was unable to respond to certain questions regarding how HRRG handles disputes and testified that another employee would have that knowledge. (Brennan Dep. 97:12-98:25.) Plaintiffs have not taken her deposition.

I declare under penalty of perjury under the laws of the State of Florida, that the foregoing is true and correct. Executed this 23rd day of September, 2020.

                                                                             */s/Jonas P. Mann*