# EXHIBIT 5



Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

**Page 1 of 18**

SANTOS-EXP 000248

In response to your recent request, we're pleased to send you this credit report. Your credit information can change over time, so we recommend you keep track of any changes by signing up for credit monitoring at **experian.com/monitor**.

### What you'll find inside:

- 2   About the information in this report
- 2   Tools to manage your personal credit
- 3   Disputing information in this report
- 9   Your accounts that may be considered negative
- 14  Your accounts in good standing
- 16  Record of requests for your credit history
- 18  Your personal information
-     Notification of Rights

PO Box 9701
Allen, TX 75013

OMAR A SANTOS
2333 W 74TH ST #205
HIALEAH FL 33016

### You have your Credit Report. Now, keep an eye on it for free.

Get these free benefits, with no credit card required:

-Your Experian Credit Report (refreshed every 30 days upon sign in)
-Experian credit monitoring & alerts
-Toll-free customer support from real people
-Educational resources

Enroll today at experian.com/view

## About the information in this report

Here's an explanation of the key information about you and your credit history that's included in this report:

*Your credit items that may be considered negative*
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. The key word is "potentially." Experian doesn't make judgments about the information in your credit report. The list is provided as a service to direct your attention to what Experian thinks lenders are likely to consider negative when reviewing your credit history. For example, if you have missed payments in the past, they would likely be viewed negatively.

*Your accounts in good standing*
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed. This section also includes up to two years of your monthly balances on an account if reported by your creditor.

*Companies that have requested your credit history*
We list anyone that has requested your credit information in the last two years, including companies that have requested your credit report as a result of an action you took, such as applying for credit. We also include requests about you from those with a permissible purpose, such as a potential employer, investor or pre-approved credit grantor.

*Your personal information*
This information is reported to us by you, your creditors and other sources, and includes your name, variations of your name reported to us, addresses, Social Security number (and variations reported to us), date of birth, telephone numbers and employers.

## Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Tools to manage your personal credit

*What's your credit score?*
Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call **1 888 322 5583.**

*Credit Monitoring*
Monitor and protect your credit with Experian's credit management tools. Visit **experian.com/monitor** to find out more.

## Disputing information in this report

Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process your dispute generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information is to visit us at: **www.experian.com/disputes**

You can also submit your disputes in writing by mailing them to:

Experian, NCAC, P.O. Box 2002, Allen TX 75013

**Or you can call us at:**

800 509 8495, M - F 8am to 10pm and S - S 10am to 7pm, CT

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

SANTOS-EXP 000249

0970867700

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 3 of 18

SANTOS-EXP 000250

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

**Payment history legend**

| Code | Meaning | Code | Meaning |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit items

**ARS ACCOUNT RESOLUTION S**
1643 HARRISON PKWY STE 100
SUNRISE FL 33323
**No phone number available**
**Partial account number**
71670▮
**Original creditor** PARAGON CONTRACTING SERVICES I

**Date opened** Feb 2013
**First reported** Sep 2017
**Date of status** Sep 2017

**Type** Collection
**Terms** 1 Months
**Monthly payment** Not reported

**Credit limit or original amount** $1,190
**High balance** Not reported

**Recent balance** $1,190 as of Sep 2017

**Responsibility** Individual
**Status** Collection account. $1,190 past due as of Sep 2017. This account is scheduled to continue on record until Nov 2018.
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jul 2017.

**Payment history**
2017
SEP
C

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

AB = Account balance ($)   DPR = Date payment received   SPA = Scheduled payment amount ($)   AAP = Actual amount paid ($)

|  | Aug17 | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 |
|---|---|---|---|---|---|---|---|
| AB | 1,190 | 1,190 | 1,190 | 1,190 | 1,190 | 1,190 | 1,190 |
| DPR | ND | ND | ND | ND | ND | ND | ND |
| SPA | ND | ND | ND | ND | ND | ND | ND |
| AAP | ND | 0 | 0 | 0 | ND | ND | ND |

▶ *The original amount of this account was $1,190*

## Your accounts that may be considered negative (continued)

**ARS ACCOUNT RESOLUTION S**
1643 HARRISON PKWY STE 100
SUNRISE FL 33323
No phone number available
Partial account number
80732
Original creditor PARAGON CONTRACTING SERVICES I

**Date opened** Oct 2015
**First reported** Sep 2017
**Date of status** Sep 2017

**Type** Collection
**Terms** 1 Months
**Monthly payment** Not reported

**Credit limit or original amount** $1,457
**High balance** Not reported

**Recent balance** $1,457 as of Sep 2017

**Responsibility** Individual
**Status** Collection account. $1,457 past due as of Sep 2017. This account is scheduled to continue on record until May 2021.
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jul 2017.

### Payment history
2017
SEP
C

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Aug17 | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 |
|-----|-------|-------|-------|-------|-------|-------|-------|
| AB  | 1,457 | 1,457 | 1,457 | 1,457 | 1,457 | 1,457 | 1,457 |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | ND    | 0     | 0     | ND    | ND    | ND    | ND    |

▶ The original amount of this account was $1,457

**ARS ACCOUNT RESOLUTION S**
1643 HARRISON PKWY STE 100
SUNRISE FL 33323
No phone number available
Partial account number
81384
Original creditor INPHYNET SOUTH BROWARD INC.

**Date opened** Mar 2016
**First reported** Sep 2017
**Date of status** Sep 2017

**Type** Collection
**Terms** 1 Months
**Monthly payment** Not reported

**Credit limit or original amount** $644
**High balance** Not reported

**Recent balance** $644 as of Sep 2017

**Responsibility** Individual
**Status** Collection account. $644 past due as of Sep 2017. This account is scheduled to continue on record until Nov 2021.
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jul 2017.

### Payment history
2017
SEP
C



0970867700

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 5 of 18

SANTOS-EXP 000252

## Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Aug17 | Jul17 | Jun17 | Jun17 | Apr17 | Mar17 | Feb17 |
|-----|-------|-------|-------|-------|-------|-------|-------|
| AB  | 644   | 644   | 644   | 644   | 644   | 644   | 644   |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | ND    | 0     | 0     | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $644*

---

**ARS ACCOUNT RESOLUTION S**
1643 HARRISON PKWY STE 100
SUNRISE FL 33323
**No phone number available**
**Partial account number**
83631964
**Address identification number**
0071070
**Original creditor** INPHYNET SOUTH BROWARD INC.

**Date opened**
Jun 2017
**First reported**
Sep 2017
**Date of status**
Sep 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$79
**High balance**
Not reported

**Recent balance**
$79 as of Sep 2017

**Responsibility**
Individual
**Status**
Collection account. $79 past due as of Sep 2017.
This account is scheduled to continue on record until Jan 2023.

**Payment history**
2017
SEP


---

**BANK OF AMERICA**
PO BOX 982238
EL PASO TX 79998
**Phone number**
(800) 421 2110
**Partial account number**

**Date opened**
Dec 2012
**First reported**
Feb 2013
**Date of status**
Jan 2014

**Type**
Secured Card
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
$500
**High balance**
$822

**Recent balance**
$723 as of Aug 2017

**Responsibility**
Individual
**Status**
Account charged off. $822 written off. $723 past due as of Aug 2017.
This account is scheduled to continue on record until Mar 2020.
**Comment**
Account closed at consumer's request.
This item was updated from our processing of your dispute in Jul 2017.

## Your accounts that may be considered negative (continued)

**Payment history**

| 2017 | | | | | | | | 2016 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | ND | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| 2013 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| CO | CO | CO | 90 | 60 | ND | ND | 30 | 30 | OK | OK | OK | OK |

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 |
|-----|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB  | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 |
| DPR | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec01 | Dec04 | Dec01 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | 99 | 99 | 99 | ND | 99 | ND | ND | ND | ND | ND | ND | ND | ND |

▶ Between Sep 2015 and Jul 2017, your credit limit/high balance was $500

---

**CENTRAL FINANCIAL CONTROL**
1500 S DOUGLASS RD
ANAHEIM CA 92806
**Phone number**
(800) 345 4261
**Partial account number**
▇▇▇▇▇▇▇▇▇▇
**Original creditor** PALMETTO GENERAL HOSPITAL

**Date opened**
May 2012
**First reported**
Dec 2013
**Date of status**
Dec 2013

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$750
**High balance**
Not reported

**Recent balance**
$750 as of Aug 2017

**Responsibility**
Individual
**Status**
Collection account. $750 past due as of Aug 2017. This account is scheduled to continue on record until Nov 2018.
**Comment**
Completed investigation of FCRA dispute - consumer disagrees.
This item was updated from our processing of your dispute in Aug 2017.

**Payment history**

| 2017 | | | | | | | | 2016 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| C | C | C | C | ND | ND | ND | C | ND | C | ND | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| 2013 | | |
|---|---|---|
| FEB | JAN | DEC |
| C | ND | C |

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Jul17 | Jun17 | May17 | Dec16 | Oct16 | Sep16 | May16 | May16 |
|-----|-------|-------|-------|-------|-------|-------|-------|-------|
| AB  | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND |

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 7 of 18

SANTOS-EXP 000254

## Your accounts that may be considered negative (continued)

| AAP | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $750*

| | | | | | |
|---|---|---|---|---|---|
| **CENTRAL FINANCIAL CONTROL**<br>1500 S DOUGLASS RD<br>ANAHEIM CA 92806<br>**Phone number**<br>(800) 345 4261<br>**Partial account number**<br>▮▮▮▮▮▮▮▮<br>**Original creditor** PALMETTO GENERAL HOSPITAL | **Date opened**<br>Oct 2013<br>**First reported**<br>Dec 2013<br>**Date of status**<br>Dec 2013 | **Type**<br>Collection<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$750<br>**High balance**<br>Not reported | **Recent balance**<br>$750 as of Aug 2017 | **Responsibility**<br>Individual<br>**Status**<br>Collection account. $750 past due as of Aug 2017. This account is scheduled to continue on record until Apr 2020.<br>**Comment**<br>Completed investigation of FCRA dispute - consumer disagrees.<br>This item was updated from our processing of your dispute in Aug 2017. |

**Payment history**

```
2017                                                  2016                                                                     2015                                                                     2014
AUG JUL JUN MAY APR MAR FEB JAN   DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN   DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN   DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
 C   C   C   C   C   C   ND  ND    ND  ND  ND  C   C   ND  ND  C   ND  ND  ND  ND    ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND    ND  ND  ND  ND  ND  ND  ND  ND  ND  ND

2013
FEB JAN DEC
 C  ND   C
```

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.*  ND: No Data.

| | AB = Account balance ($) | | DPR = Date payment received | | SPA = Scheduled payment amount ($) | | AAP = Actual amount paid ($) |

| | Jul17 | Jun17 | May17 | Oct16 | Oct16 | Sep16 | Aug16 | May16 |
|---|---|---|---|---|---|---|---|---|
| AB | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $750*

| | | | | | |
|---|---|---|---|---|---|
| **CENTRAL FINANCIAL CONTROL**<br>1500 S DOUGLASS RD<br>ANAHEIM CA 92806<br>**Phone number**<br>(800) 345 4261<br>**Partial account number**<br>▮▮▮▮▮▮▮▮<br>**Original creditor** HIALEAH HOSPITAL | **Date opened**<br>Dec 2014<br>**First reported**<br>Mar 2015<br>**Date of status**<br>Mar 2015 | **Type**<br>Collection<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$8,321<br>**High balance**<br>Not reported | **Recent balance**<br>$8,321 as of Aug 2017 | **Responsibility**<br>Individual<br>**Status**<br>Collection account. $8,321 past due as of Aug 2017. This account is scheduled to continue on record until Jun 2021.<br>**Comment**<br>Completed investigation of FCRA dispute - consumer disagrees.<br>This item was updated from our processing of your dispute in Aug 2017. |

## Your accounts that may be considered negative (continued)

**Payment history**

| 2017 | | | | | | | 2016 | | | | | | | | | | | | | 2015 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| C | C | C | C | C | ND | ND | ND | ND | ND | C | C | C | ND | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | ND | C |

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Jul17 | Jun17 | May17 | Oct16 | Oct16 | Sep16 | Aug16 | May16 |
|-----|-------|-------|-------|-------|-------|-------|-------|-------|
| AB  | 8,321 | 8,321 | 8,321 | 8,321 | 8,321 | 8,321 | 8,321 | 8,321 |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $8,321*

---

**SPACE COAST CREDIT UNION**
8045 N WICKHAM RD
MELBOURNE FL 32940
**Phone number**
(321) 752 2222
**Partial account number**
█████
**Address identification number**
0071054391

**Date opened** Apr 2012
**First reported** May 2015
**Date of status** Apr 2017

**Type** Auto Loan
**Terms** 56 Months
**Monthly payment** Not reported

**Credit limit or original amount** $8,500
**High balance** Not reported

**Recent balance** Not reported

**Responsibility** Joint with EVELYNNE MARTINEZ
**Status** Paid, Closed.
This item was updated from our processing of your dispute in Aug 2017.

**Payment history**

| 2017 | | | | 2016 | | | | | | | | | | | | 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Aug16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 |
|-----|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB  | 1,865 | 2,299 | 2,299 | 2,299 | 2,474 | 2,647 | 2,792 | 2,792 | 2,917 | 2,917 | 3,090 |
| DPR | Jul29 | Apr23 | Apr23 | Apr23 | Mar25 | Feb26 | Dec18 | Dec18 | Oct26 | Oct26 | Sep30 |
| SPA | 192   | 192   | 192   | 192   | 192   | 192   | 192   | 192   | 192   | 192   | 192   |
| AAP | 192   | ND    | ND    | 192   | 192   | 192   | ND    | 192   | 561   | 192   | 384   |

▶ *The original amount of this account was $8,500*

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91
Page 9 of 18

SANTOS-EXP 000256

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

| CAPITAL BANK | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 539 | Jun 2016 | Credit card | original amount | $31 as of Aug 2017 | Individual |
| HORSHAM PA 19044 | First reported | Terms | $250 | Recent payment | Status |
| Phone number | Jun 2016 | Not reported | High balance | $32 | Open/Never late. |
| (301) 468 8848 | Date of status | Monthly | $185 | | |
| Partial account number | Aug 2017 | payment | | | |
| | | $24 | | | |

**Payment history**

| 2017 | | | | | | | 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 20 | 50 | 58 | 73 | 0 | 102 | 52 | 157 | 23 | 50 | 90 | 115 | 140 | 64 |
| **DPR** | Jul30 | Jun29 | May29 | Apr28 | Mar21 | Jan17 | Jan17 | Dec16 | Nov20 | Oct26 | Sep28 | Aug26 | Jul28 | ND |
| **SPA** | 20 | 25 | 25 | 3 | 25 | 25 | 25 | 25 | 23 | 25 | 25 | 25 | 35 | ND |
| **AAP** | 64 | 85 | 35 | 3 | 111 | ND | 40 | 43 | 54 | 45 | 30 | 30 | 45 | ND |

▶ *Between Jun 2016 and Jul 2017, your credit limit/high balance was $250*

| CAPITAL ONE | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 30285 | Dec 2016 | Credit card | original amount | $104 as of Aug | Individual |
| SALT LAKE CITY UT 84130 | First reported | Terms | $300 | 2017 | Status |
| Phone number | Jan 2017 | Not reported | High balance | | Open/Never late. |
| (800) 227 4825 | Date of status | Monthly | $180 | | |
| Partial account number | Aug 2017 | payment | | | |
| | | $25 | | | |

**Payment history**

| 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| OK | OK | OK | OK | OK | OK | OK | OK |

www.experian.com  Case 1:19-cv-23084-KMW  Document 65-6  Entered on FLSD Docket 09/28/2020  Page 11 of 19  Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 10 of 18

## Your accounts in good standing (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 |
|-----|-------|-------|-------|-------|-------|-------|-------|
| AB  | 142   | 69    | 51    | 10    | 83    | 137   | 65    |
| DPR | Jul22 | Jun20 | May23 | Apr20 | Mar21 | Feb20 | ND    |
| SPA | 25    | 25    | 25    | 10    | 25    | 25    | 25    |
| AAP | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

▶ Between Jan 2017 and Jul 2017, your credit limit/high balance was $300

---

**CREDIT ONE BANK**
PO BOX 98873
LAS VEGAS NV 89193
**Phone number**
(877) 825 3242
**Partial account number**
████████

**Date opened**
Dec 2016
**First reported**
Dec 2016
**Date of status**
Aug 2017

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
$25

**Credit limit or original amount**
$450
**High balance**
$217

**Recent balance**
$31 as of Aug 2017
**Recent payment**
$75

**Responsibility**
Individual
**Status**
Open/Never late.

**Payment history**
2017                         2016
AUG JUL JUN MAY APR MAR FEB JAN DEC
OK  OK  OK  OK  OK  OK  OK  OK  OK

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 |
|-----|-------|-------|-------|-------|-------|-------|-------|-------|
| AB  | 105   | 142   | 173   | 12    | 81    | 47    | 46    | 81    |
| DPR | Jul23 | Jun20 | May23 | Apr20 | Mar21 | Feb19 | Jan19 | ND    |
| SPA | 25    | 25    | 25    | 12    | 25    | 25    | 25    | 25    |
| AAP | 92    | 40    | 50    | 155   | 47    | 46    | 90    | ND    |

▶ Between Jan 2017 and Jul 2017, your credit limit/high balance was $450        ▶ Between Dec 2016 and Dec 2016, your credit limit/high balance was $300

---

**GENESIS BC/CELTIC BANK**
PO BOX 4499
BEAVERTON OR 97076
**Phone number**
(866) 946 9545
**Partial account number**
████████

**Date opened**
Jul 2017
**First reported**
Jul 2017
**Date of status**
Aug 2017

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
$40

**Credit limit or original amount**
$300
**High balance**
$75

**Recent balance**
$0 /paid as of Aug 2017
**Recent payment**
$75

**Responsibility**
Individual
**Status**
Open/Never late.

**Payment history**
2017
AUG JUL
OK  OK

0970867700

SANTOS-EXP 000257

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 11 of 18

## Your accounts in good standing (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | **AB** = Account balance ($) | **DPR** = Date payment received | **SPA** = Scheduled payment amount ($) | **AAP** = Actual amount paid ($) |
|---|---|---|---|---|

|     | Jul17 |
|-----|-------|
| AB  | 75    |
| DPR | ND    |
| SPA | 40    |
| AAP | ND    |

▶ *As of Jul 2017 your credit limit/high balance was $300*

---

**MIAMI POSTAL SERVICE CU**
PO BOX 520622
MIAMI FL 33152
**Phone number**
(305) 592 7733
**Partial account number**
████████

**Address identification number**
0071070990

| | |
|---|---|
| **Date opened** | Jul 2017 |
| **First reported** | Aug 2017 |
| **Date of status** | Aug 2017 |

| | |
|---|---|
| **Type** | Credit card |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $5,000 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $0 /paid as of Aug 2017 |

| | |
|---|---|
| **Responsibility** | Individual |
| **Status** | Open/Never late. |

**Payment history**
2017
AUG
OK

---

**MIAMI POSTAL SERVICE CU**
PO BOX 520622
MIAMI FL 33152
**Phone number**
(305) 592 7733
**Partial account number**
████████

**Address identification number**
0071070990

| | |
|---|---|
| **Date opened** | Jul 2017 |
| **First reported** | Jul 2017 |
| **Date of status** | Aug 2017 |

| | |
|---|---|
| **Type** | Auto Loan |
| **Terms** | 72 Months |
| **Monthly payment** | $389 |

| | |
|---|---|
| **Credit limit or original amount** | $23,603 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $23,603 as of Aug 2017 |

| | |
|---|---|
| **Responsibility** | Individual |
| **Status** | Open/Never late. |

**Payment history**
2017
AUG JUL
OK  OK

---

SANTOS-EXP 000258

0970867700

www.experian.com  Case 1:19-cv-23084-KMW   Document 65-6   Entered on FLSD Docket 09/28/2020   Page 13 of 19  Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 12 of 18

## Your accounts in good standing (continued)

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|  | Jul17 |
|---|---|
| AB | 23,603 |
| DPR | ND |
| SPA | 389 |
| AAP | ND |

▶ The original amount of this account was $23,603

---

**MIAMI POSTAL SERVICE CU**
PO BOX 520622
MIAMI FL 33152
**Phone number**
(305) 592 7733
**Partial account number**
▓▓▓▓▓▓
**Address identification number**
0071070990

**Date opened** Aug 2017
**First reported** Aug 2017
**Date of status** Aug 2017

**Type** Auto Loan
**Terms** 73 Months
**Monthly payment** $394

**Credit limit or original amount** $23,975
**High balance** Not reported

**Recent balance** $23,975 as of Aug 2017

**Responsibility** Individual
**Status** Open/Never late.

**Payment history**
2017
AUG
OK

---

**NICHOLAS FINANCIAL**
2454 MCMULLEN BOOTH BLDG
C-501
CLEARWATER FL 33759
**Phone number**
(727) 726 0763
**Partial account number**
P....

**Date opened** Aug 2013
**First reported** Aug 2013
**Date of status** Aug 2017

**Type** Auto Loan
**Terms** 60 Months
**Monthly payment** $315

**Credit limit or original amount** $11,800
**High balance** Not reported

**Recent balance** $5,621 as of Aug 2017

**Responsibility** Joint with EVELYNNE MARTINEZ
**Status** Open/Never late.

**Payment history**

| 2017 | | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2013 | | | | | | |
|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| OK | OK | OK | OK | OK | OK | OK |

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 13 of 18

## Your accounts in good standing (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 |
|-----|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB  | 5,845 | 6,060 | 6,242 | 6,438 | 6,628 | 6,803 | 6,967 | 7,173 | 7,362 | 7,547 | 7,742 | 7,897 | 8,074 | 8,414 | 8,398 | 8,555 | 8,737 | 8,916 | 9,029 | 9,121 | 9,357 | 9,342 | 9,476 |
| DPR | Jul31 | Jun30 | May26 | Apr26 | Mar27 | Feb21 | Jan16 | Dec19 | Nov21 | Oct24 | Sep29 | Aug26 | Jul29 | May23 | May23 | Apr22 | Mar28 | Feb29 | Jan22 | Dec11 | Oct26 | Oct26 | Sep24 |
| SPA | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   | 315   |
| AAP | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $11,800.*

---

**SPACE COAST CREDIT UNION**
8045 N WICKHAM RD
MELBOURNE FL 32940
**Phone number**
(321) 752 2222
**Partial account number**
■■■■■■■

**Date opened**
Apr 2012
**First reported**
Oct 2016
**Date of status**
Mar 2017

**Type**
Auto Loan
**Terms**
56 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$8,500
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Joint with
EVELYNNE MARTINEZ
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Mar 2027.
This item remained unchanged from our processing of your dispute in Jul 2017.

**Payment history**
2017            2016
MAR FEB JAN DEC NOV OCT
CLS  OK  OK  OK  OK  OK

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|     | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 |
|-----|-------|-------|-------|-------|-------|
| AB  | 651   | 835   | 1,020 | 1,204 | 1,388 |
| DPR | Feb24 | Jan12 | Dec19 | Nov21 | Oct27 |
| SPA | 192   | 192   | 192   | 192   | 192   |
| AAP | 384   | 384   | 384   | 384   | 384   |

▶ *The original amount of this account was $8,500.*

SANTOS-EXP 000260

www.experian.com    Case 1:19-cv-23084-KMW   Document 65-6   Entered on FLSD Docket 09/28/2020   Page 15 of 19   Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 14 of 18

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

*Inquiries shared with others*
The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**R&R/LEXUS OF NORTH MIAMI**
14100 BISCAYNE BLVD
NORTH MIAMI FL 33181
(305) 372 1400
**Address identification number:**
0071070979
**Date**
Aug 5, 2017
**Reason**
Auto loan. This inquiry is scheduled to continue on record until Sep 2019.

**STATE FARM FINANCIAL SERVICES**
PO BOX 2313
BLOOMINGTON IL 61702
(877) 734 2265
**Address identification number:**
0071070979
**Date**
Aug 1, 2017
**Reason**
Auto loan. This inquiry is scheduled to continue on record until Sep 2019.

**AMERICAN EXPRESS**
PO BOX 31525
SALT LAKE CITY UT 84131
(800) 874 2717
**Address identification number:**
0071070990
**Date**
Jan 12, 2017
**Reason**
Unspecified. This inquiry is scheduled to continue on record until Feb 2019.

**CAP ONE NA**
PO BOX 30281
SALT LAKE CITY UT 84130
(800) 955 7070
**Address identification number:**
0071070990
**Date**
Dec 27, 2016
**Reason**
Unspecified. This inquiry is scheduled to continue on record until Jan 2019.

**CREDIT ONE BANK**
PO BOX 98873
LAS VEGAS NV 89193
(877) 825 3242
**Address identification number:**
0071070990
**Date**
Dec 8, 2016
**Reason**
Unspecified. This inquiry is scheduled to continue on record until Jan 2019.

**WF CRD SVC**
PO BOX 14517
DES MOINES IA 50306
(800) 642 4720
**Address identification number:**
0071070990
**Date**
May 25, 2016
**Reason**
Unspecified. This inquiry is scheduled to continue on record until Jun 2018.

*Inquiries shared only with you*
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

**These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).**

**PORTFOLIO RECOVERY ASSOC**  120 CORPORATE BLVD STE 100   NORFOLK VA 23502
(844) 675 3408
**Date of inquiry:** Sep 05, 2017; Aug 26, 2017; Aug 06, 2017; Aug 05, 2017; Aug 02, 2017; Jul 16, 2017; Apr 07, 2017; Jan 28, 2017; Jan 13, 2017; Dec 29, 2016; Dec 27, 2016; Dec 11, 2016; Jul 02, 2016; May 26, 2016

SANTOS-EXP 000261

0970867700

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 15 of 18

SANTOS-EXP 000262

**TRANSUNION INTERACTIVE I**  100 CROSS ST STE 202   SAN LUIS OBISPO CA 93401
(805) 782 8282
Date of inquiry: Sep 04, 2017; Sep 01, 2017; Aug 25, 2017; Aug 18, 2017; Aug 05, 2017; Aug 03, 2017; Aug 01, 2017; Jul 30, 2017; Jul 15, 2017; Jul 02, 2017; Jun 30, 2017; Jun 04, 2017; May 31, 2017; May 13, 2017; May 10, 2017; May 07, 2017; May 01, 2017; Apr 11, 2017; Apr 07, 2017; Apr 05, 2017; Mar 29, 2017

**CREDIT ONE BANK**  PO BOX 98873   LAS VEGAS NV 89193
(877) 825 3242
Date of inquiry: Aug 24, 2017; Dec 21, 2016

**EXPERIAN**  PO BOX 9600   ALLEN TX 75013
(800) 311 4769
Date of inquiry: Jul 24, 2017; Feb 18, 2016

**CAPITAL BANK**  1 CHURCH ST STE 300   ROCKVILLE MD 20850
(301) 468 8848
Date of inquiry: Jul 19, 2017

**CAPITAL ONE**  PO BOX 30281   SALT LAKE CITY UT 84130
(800) 955 7070
Date of inquiry: May 17, 2017

**CONSUMERINFO.COM**  PO BOX 19729   IRVINE CA 92623
(866) 252 8809
Date of inquiry: Apr 25, 2017; May 25, 2016; Apr 26, 2016

**CAPITAL ONE AUTO FINANCE**  7933 PRESTON RD   PLANO TX 75024
(800) 227 3863
Date of inquiry: Apr 20, 2017

**CAPITAL ONE COAF**  7933 PRESTON RD   PLANO TX 75024
(800) 946 0332
Date of inquiry: Apr 20, 2017

**CIC/TRILEGIANT**  535 ANTON BLVD STE 100   COSTA MESA CA 92626
(866) 673 0141
Date of inquiry: Apr 11, 2017; Apr 07, 2017; Apr 05, 2017; Mar 29, 2017; Jun 10, 2016; Jun 08, 2016; May 25, 2016

**SANTANDER CONSUMER USA**  8585 N STEMMONS FWY   DALLAS TX 75247
(888) 222 4227
Date of inquiry: Mar 31, 2017; Nov 04, 2016

**EXPERIAN**  PO BOX 2002   ALLEN TX 75013
(888) 397 3742
Date of inquiry: Mar 30, 2017

**CIC/TRILEGIANT**  535 ANTON BLVD STE 100   COSTA MESA CA 92626
(877) 284 7942
Date of inquiry: Mar 19, 2017; Mar 31, 2016

**CONSUMERINFO.COM INC**  535 ANTON BLVD STE 100   COSTA MESA CA 92626
(866) 673 0141
Date of inquiry: Mar 19, 2017; May 10, 2016; Mar 31, 2016

**PHOENIX FINANCIAL SERVIC**  8902 OTIS AVE STE 103A   INDIANAPOLIS IN 46216
(855) 342 6567
Date of inquiry: Feb 09, 2017

**PREMIER BANKCARD INC**  3820 N LOUISE AVE   SIOUX FALLS SD 57107
(800) 987 5521
Date of inquiry: Jan 27, 2017

**AMERICAN EXPRESS**  PO BOX 31525   SALT LAKE CITY UT 84131
(800) 874 2717
Date of inquiry: Jan 12, 2017

**CAP ONE**  PO BOX 30281   SALT LAKE CITY UT 84130
No phone number available
Date of inquiry: Jan 06, 2017

**AXD/EC FINANCIAL LLC**  8555 SWEET VALLEY DR STE C   CLEVELAND OH 44125
(800) 220 7900
Date of inquiry: Jan 03, 2017

**CREDCO/IDIQ**  PO BOX 50914   POWAY CA 92150
(800) 523 0233
Date of inquiry: Dec 10, 2016; Dec 09, 2016; Dec 06, 2016; Nov 10, 2016; Oct 05, 2016; Aug 02, 2016; Jul 14, 2016; Jul 10, 2016; Jul 07, 2016; Jul 01, 2016

**CREDCO/IDIQ**
No phone number available
On behalf of IDENTITY IQ for 30
Date of inquiry: Dec 08, 2016; Nov 03, 2016; Oct 01, 2016; Aug 25, 2016; Jul 21, 2016; Jun 15, 2016

**CREDIT ONE BANK NA**  585 PILOT RD   LAS VEGAS NV 89119
(877) 825 3242
Date of inquiry: Dec 08, 2016

www.experian.com    Case 1:19-cv-23084-KMW   Document 65-6   Entered on FLSD Docket 09/28/2020   Page 17 of 19
Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 16 of 18

**CREDIT ONE BANK NA**  585 PILOT RD    LAS VEGAS NV 89119
(877) 825 3242
Date of inquiry: Dec 08, 2016

**AXD/LEHMAN HYUNDAI SUBAR**  21400 NW 2ND AVE    MIAMI FL 33169
(305) 653 7111
Date of inquiry: Nov 30, 2016; Oct 26, 2016

**AXD/LEHMAN HYUNDAI SUBAR**
No phone number available
Date of inquiry: Oct 26, 2016

**WELLS FARGO PHONE BANK**  PO BOX 9665    PORTLAND OR 97228
(800) 869 3557
Date of inquiry: Oct 01, 2016

**AXD/DORAL HYUNDAI**  10285 NW 12TH ST    DORAL FL 33172
(786) 507 5073
Date of inquiry: Sep 28, 2016; Aug 02, 2016

**PROFESSIONAL RCRY CONSUL**  2700 MERIDIAN PKWY STE 200    DURHAM NC 27713
(919) 489 7791
Date of inquiry: Sep 07, 2016

**AXD/DORAL HYUNDAI**  10285 NW 12TH ST    DORAL FL 33172
(786) 507 5073
Date of inquiry: Aug 02, 2016

**CONVERGENT OUTSOURCING**  800 SW 39TH ST    RENTON WA 98057
(888) 871 2279
Date of inquiry: Jul 02, 2016

**CREDCO/IDENTITYIQ**  PO BOX 509124    SAN DIEGO CA 92150
(800) 637 2422
Date of inquiry: Jun 15, 2016

**CONVERGENT OUTSOURCING,**  800 SW 39TH ST    RENTON WA 98057
(888) 871 2279
Date of inquiry: Jun 14, 2016

**WF DDA**  PO BOX 14517    DES MOINES IA 50306
(800) 642 4720
Date of inquiry: May 25, 2016

**AR RESOURCES INC**  1777 SENTRY PKWY W STE 101    BLUE BELL PA 19422
(866) 301 0222
Date of inquiry: Feb 22, 2016

## Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names
OMAR  SANTOS
   Name identification number: 23594
OMAR A SANTOS
   Name identification number: 13616
OMAR ANTONIO SANTOS
   Name identification number: 3851

### Addresses
These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|

www.experian.com

Prepared for: OMAR A SANTOS
Date: September 05, 2017
Report number: 0441-1265-91

Page 17 of 18

SANTOS-EXP 000264

**Personal information continued**

| Address | Type of address | Geographical code |
|---|---|---|



**Personal information continued**

**Former or current employers**
BUY BUY BABY
BUYBUY BABY INC
HOME DEPOT

--- End of Report ---

If you disagree with information in your report you may dispute most information at:
www.experian.com/disputes

You may also visit www.experian.com to view your report again.

**Social Security number variations**
As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.
None

**Year of birth**
1988

**Telephone numbers**

**Spouse or co-applicant**
EVELYNNE

0970867700

## Notification of Rights for Florida Consumers

If you are the parent or legal guardian of a minor younger than 16 years of age or a guardian or advocate of an incapacitated, disabled, or protected person under chapter 39, chapter 393, chapter 744, or chapter 914, Florida Statutes, you have the right to place a security freeze on the consumer report of the person you are legally authorized to care for. If no consumer report exists, you have the right to request that a record be created and a security freeze be placed on the record. A record with a security freeze is intended to prevent the opening of credit accounts until the security freeze is removed.

YOU SHOULD BE AWARE THAT USING A SECURITY FREEZE TO CONTROL ACCESS TO THE PERSONAL AND FINANCIAL INFORMATION IN A CONSUMER REPORT OR RECORD MAY DELAY, INTERFERE WITH, OR PROHIBIT THE TIMELY APPROVAL OF ANY SUBSEQUENT REQUEST OR APPLICATION REGARDING A NEW LOAN, CREDIT, MORTGAGE, INSURANCE, GOVERNMENT SERVICES OR PAYMENTS, RENTAL HOUSING, EMPLOYMENT, INVESTMENT, LICENSE, CELLULAR PHONE, UTILITIES, DIGITAL SIGNATURE, INTERNET CREDIT CARD TRANSACTION, OR OTHER SERVICES, INCLUDING AN EXTENSION OF CREDIT AT POINT OF SALE.

To remove the security freeze on the protected consumer's record or report, you must contact the consumer reporting agency and provide all of the following:

1. Proof of identification as required by the consumer reporting agency.
2. Proof of authority over the protected consumer as required by the consumer reporting agency.
3. The unique personal identifier provided by the consumer reporting agency.
4. Payment of a fee.

A consumer reporting agency must, within 30 days after receiving the above information, authorize the removal of the security freeze.

A security freeze does not apply to a person or entity, or its affiliates, or a collection agency acting on behalf of the person or entity, with which the protected consumer has an existing account, which requests information in the protected consumer's consumer report or record for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

You have the right to bring a civil action as authorized by section 501.0051, Florida Statutes, which governs the security of protected consumer information.

SANTOS-EXP 000265

0970867700