# EXHIBIT 6



Prepared for:  AMANDA CLEMENTS
Date:  July 25, 2017
Report number:  0306-9910-46

**Page 1 of 30**

CLEMENTS-EXP 000022

In response to your recent request, we're pleased to send you this credit report. Your credit information can change over time, so we recommend you keep track of any changes by signing up for credit monitoring at **experian.com/monitor**.

## What you'll find inside:

2   About the information in this report

2   Tools to manage your personal credit

3   Disputing information in this report

10   Your accounts that may be considered negative

22   Your accounts in good standing

24   Record of requests for your credit history

27   Your personal information

     Notification of Rights

## You have your Credit Report. Now, keep an eye on it for free.

Get these free benefits, with no credit card required:

-Your Experian Credit Report (refreshed every 30 days upon sign in)
-Experian credit monitoring & alerts
-Toll-free customer support from real people
-Educational resources

Enroll today at experian.com/view

PO Box 9701
Allen, TX 75013

AMANDA CLEMENTS
2814 PICKET DR
LEAGUE CITY TX 77573

CLEMENTS-EXP 000023

## About the information in this report

Here's an explanation of the key information about you and your credit history that's included in this report:

*Your credit items that may be considered negative*
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. The key word is "potentially." Experian doesn't make judgments about the information in your credit report. The list is provided as a service to direct your attention to what Experian thinks lenders are likely to consider negative when reviewing your credit history. For example, if you have missed payments in the past, they would likely be viewed negatively.

*Your accounts in good standing*
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed. This section also includes up to two years of your monthly balances on an account if reported by your creditor.

*Companies that have requested your credit history*
We list anyone that has requested your credit information in the last two years, including companies that have requested your credit report as a result of an action you took, such as applying for credit. We also include requests about you from those with a permissible purpose, such as a potential employer, investor or pre-approved credit grantor.

*Your personal information*
This information is reported to us by you, your creditors and other sources, and includes your name, variations of your name reported to us, addresses, Social Security number (and variations reported to us), date of birth, telephone numbers and employers.

## Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Tools to manage your personal credit

*What's your credit score?*
Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call **1 888 322 5583.**

*Credit Monitoring*
Monitor and protect your credit with Experian's credit management tools. Visit **experian.com/monitor** to find out more.

## Disputing information in this report

Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process your dispute generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information is to visit us at: **www.experian.com/disputes**

You can also submit your disputes in writing by mailing them to:

Experian, NCAC, P.O. Box 2002, Allen TX 75013

**Or you can call us at:**

800 509 8495, M - F 8am to 10pm and S - S 10am to 7pm, CT

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

www.experian.com

CLEMENTS-EXP 000024

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit items

**ACS/PANHANDLE PLAINS**
501 BLEECKER ST
UTICA NY 13501
**Phone number**
(315) 738 2200
**Partial account number**
▮▮▮▮▮▮
**Address identification number**
0155156989

**Date opened**
Feb 2008
**First reported**
Mar 2014
**Date of status**
Apr 2016

**Type**
Education
**Terms**
180 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$15,552
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Transferred,closed.
**Comment**
Completed investigation of FCRA dispute - consumer disagrees.
**Comment:**
Student loan permanently assigned to government.
This item was updated from our processing of your dispute in Jun 2017.

### Payment history

| 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | | | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | | | | | | | | |
| CLS | 150 | 180 | 180 | 180 | 150 | 120 | 90 | 60 | OK | OK | OK | OK | OK | OK | OK | ND | ND | OK | OK | OK | 180 | 150 | 150 | 120 | 90 | 60 | OK | | | | | | | | |

**Account history** – If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 |
|---|---|---|---|---|---|---|---|---|---|
| AB | ND | 20,534 | 20,534 | 20,534 | 20,534 | 20,534 | 20,534 | 20,534 | 20,534 |
| DPR | May01 | May01 | May01 | May01 | May01 | May01 | May01 | May01 | May01 |
| SPA | ND | 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| AAP | ND | ND | ND | ND | 126 | ND | ND | ND | ND |

▶ The original amount of this account was $15,552

www.experian.com Case 1:19-cv-23084-KMW  Document 65-7  Entered on FLSD Docket 09/28/2020  Page 5 of 31 Prepared for: AMANDA CLEMENTS
Date: July 25, 2017
Report number: 0306-9910-46

Page 4 of 31

CLEMENTS-EXP 0002

## Your accounts that may be considered negative (continued)

**ARS ACCOUNT RESOLUTION S**
1643 HARRISON PKWY STE 100
SUNRISE FL 33323
**No phone number available**
**Partial account number**
71788█
**Address identification number**
0615983332
**Original creditor** ACS PRIMARY
CARE PHYS SW PA

**Date opened**
Mar 2013
**First reported**
Jul 2017
**Date of status**
Jul 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$350
**High balance**
Not reported

**Recent balance**
$350 as of Jul 2017

**Responsibility**
Individual
**Status**
Collection account. $350  past due as of Jul 2017.
This account is scheduled to continue on record until Oct 2018.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jul 2017.

**Payment history**
2017
JUL
█ C

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|       | Jun17 | May17 | Apr17 | Mar17 | Feb17 |
|-------|-------|-------|-------|-------|-------|
| **AB**  | 350 | 350 | 350 | 350 | 350 |
| **DPR** | ND  | ND  | ND  | ND  | ND  |
| **SPA** | ND  | ND  | ND  | ND  | ND  |
| **AAP** | ND  | 0   | ND  | ND  | ND  |

▶ *The original amount of this account was $350*

**ARS ACCOUNT RESOLUTION S**
1643 HARRISON PKWY STE 100
SUNRISE FL 33323
**No phone number available**
**Partial account number**
72822█
**Address identification number**
0640572566
**Original creditor** ACS PRIMARY
CARE PHYS SW PA

**Date opened**
Feb 2014
**First reported**
Jul 2017
**Date of status**
Jul 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$59
**High balance**
Not reported

**Recent balance**
$59 as of Jul 2017

**Responsibility**
Individual
**Status**
Collection account. $59  past due as of Jul 2017.
This account is scheduled to continue on record until Sep 2019.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Payment history**
2017
JUL
█ C

0478705081

www.experian.com

CLEMENTS-EXP 000026

## Your accounts that may be considered negative (continued)

*Account history - if your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND: No Data.*

| | Jun17 | May17 | Apr17 | Mar17 | Feb17 |
|---|---|---|---|---|---|
| **AB** = Account balance ($) | 59 | 59 | 59 | 59 | 59 |
| **DPR** = Date payment received | ND | ND | ND | ND | ND |
| **SPA** = Scheduled payment amount ($) | ND | ND | ND | ND | ND |
| **AAP** = Actual amount paid ($) | 0 | ND | ND | ND | ND |

▶ *The original amount of this account was $59*

| | | | |
|---|---|---|---|
| **CBA COLLECTION BUREAU**<br>25954 EDEN LANDING RD<br>HAYWARD CA 94545<br>**Phone number**<br>(888) 306 2045<br>**Partial account number**<br>▮▮▮▮▮▮<br><br>**Address identification number**<br>0155156989<br>**Original creditor** DS SERVICES OF AMERICA INC<br><br>**Payment history**<br>2017<br>MAY<br>▮C▮ | **Date opened**<br>Aug 2016<br>**First reported**<br>May 2017<br>**Date of status**<br>May 2017 | **Type**<br>Collection<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$480<br>**High balance**<br>Not reported | **Recent balance**<br>$497 as of May 2017 | **Responsibility**<br>Individual<br>**Status**<br>Collection account. $497  past due as of May 2017.<br>This account is scheduled to continue on record until Feb 2023. |

| | | | |
|---|---|---|---|
| **COMMONWEALTH FINANCIAL SYSTEMS**<br>245 MAIN ST<br>DICKSON CITY PA 18519<br>No phone number available<br>**Partial account number**<br>▮▮▮▮▮▮<br><br>**Address identification number**<br>0155156989<br>**Original creditor** MEMORIAL CITY HOSPITAL<br><br>**Payment history**<br>2017<br>JUL JUN MAY APR MAR<br>▮C▮ ▮C▮ ▮C▮ ▮C▮ ▮C▮ | **Date opened**<br>Jan 2017<br>**First reported**<br>Mar 2017<br>**Date of status**<br>Mar 2017 | **Type**<br>Collection<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$1,233<br>**High balance**<br>Not reported | **Recent balance**<br>$1,233 as of Jul 2017 | **Responsibility**<br>Individual<br>**Status**<br>Collection account. $1,233  past due as of Jul 2017.<br>This account is scheduled to continue on record until Oct 2018.<br>**Comment**<br>Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). |

www.experian.com  Case 1:19-cv-23084-KMW  Document 65-7  Entered on FLSD Docket 09/28/2020  Page 7 of 31

Prepared for: AMANDA CLEMENTS
Date: July 25, 2017
Report number: 0306-9910-46

Page 6 of 30

CLEMENTS-EXP 00002

## Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|      | Jun17 | May17 | Mar17 | Mar17 |
|------|-------|-------|-------|-------|
| AB   | 1,233 | 1,233 | 1,233 | 1,233 |
| DPR  | ND    | ND    | ND    | ND    |
| SPA  | ND    | ND    | ND    | ND    |
| AAP  | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $1,233*

---

**CREDIT SOLUTIONS**
404 CAMINO DEL RIO S STE 400
SAN DIEGO CA 92108
**Phone number**
(800) 250 8877
**Partial account number**
████████
**Address Identification number**
0155156989
**Original creditor** TEXAS BAY CU

**Date opened**
Sep 2016
**First reported**
Dec 2016
**Date of status**
Dec 2016

**Type**
Debt Buyer
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$1,777
**High balance**
Not reported

**Recent balance**
$1,777 as of Jul 2017

**Responsibility**
Individual
**Status**
Collection account. $1,777 past due as of Jul 2017.
This account is scheduled to continue on record until Dec 2018.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in May 2017.

**Payment history**

| 2017 | | | | | | | 2016 | |
|------|------|------|------|------|------|------|------|------|
| JUL  | JUN  | MAY  | APR  | MAR  | FEB  | JAN  | DEC  |     |
| C    | C    | C    | C    | C    | C    | C    | C    | C   |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|      | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Dec16 |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB   | 1,777 | 1,777 | 1,777 | 1,777 | 1,777 | 1,777 | 1,777 | 1,777 |
| DPR  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $1,777*

www.experian.com

CLEMENTS-EXP 000028

## Your accounts that may be considered negative (continued)

**JH PORTFOLIO DEBT EQUITI**
5757 PHANTOM DR STE 225
HAZELWOOD MO 63042
**Phone number**
(877) 474 0321
**Partial account number**
▇▇▇▇▇▇

**Address identification number**
0261218957
**Original creditor** WFC LIMITED PARTNERSHIP

| | |
|---|---|
| **Date opened** | Mar 2015 |
| **First reported** | Mar 2015 |
| **Date of status** | Apr 2015 |

| | |
|---|---|
| **Type** | Debt Buyer |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $805 |
| **High balance** | Not reported |

**Recent balance** $805 as of Jul 2017

**Responsibility**
Individual
**Status**
Collection account. $805  past due as of Jul 2017.
This account is scheduled to continue on record until Aug 2018.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item remained unchanged from our processing of your dispute in Jul 2017.

**Payment history**

| 2017 | | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| C | C | C | C | C | C | C | C | C | C | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND: No Data.*

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 |
|---|---|---|---|---|---|---|---|---|---|
| **AB** | 805 | 805 | 805 | 805 | 805 | 805 | 805 | 805 | 805 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $805*

---

**MEDICREDIT, INC**
PO BOX 1629
MARYLAND HEIGHTS MO 63043
**Phone number**
(800) 888 2238
**Partial account number**
▇▇▇▇▇▇

**Address identification number**
0155156989
**Original creditor** CLEAR LAKE REGIONAL MEDICAL CT

| | |
|---|---|
| **Date opened** | Mar 2017 |
| **First reported** | Jun 2017 |
| **Date of status** | Jul 2017 |

| | |
|---|---|
| **Type** | Collection |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $2,134 |
| **High balance** | Not reported |

**Recent balance** $2,134 as of Jul 2017

**Responsibility**
Individual
**Status**
Collection account. $2,134  past due as of Jul 2017.
This account is scheduled to continue on record until May 2023.

**Payment history**

| 2017 | |
|---|---|
| JUL | JUN |
| C | C |

0478705081

www.experian.com Case 1:19-cv-23084-KMW Document 65-7 Entered on FLSD Docket 09/28/2020 Page 9 of 31 Prepared for: AMANDA CLEMENTS

Date: July 25, 2017
Report number: 0306-9910-46

Page 8 of 31

CLEMENTS-EXP 000820

## Your accounts that may be considered negative (continued)

**Account history -** *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

|  | Jun17 |
| --- | --- |
| **AB** | 2,134 |
| **DPR** | ND |
| **SPA** | ND |
| **AAP** | ND |

▶ *The original amount of this account was $2,134*

| **SYNCHRONY BANK/CARE CREDIT** | **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |
| --- | --- | --- | --- | --- | --- |
| C/O P O BOX 965036 | Dec 2010 | Charge Card | original amount | $0 as of Jun 2012 | Individual |
| ORLANDO FL 32896 | **First reported** | **Terms** | Not reported | **Recent payment** | **Status** |
| **Phone number** | Dec 2010 | Not reported | **High balance** | $100 | Closed. $1,453 written off. |
| (866) 396 8254 | **Date of status** | **Monthly** | $1,453 |  | **Comment** |
| **Partial account number** | Jun 2012 | **payment** |  |  | Account closed at consumer's request. |
| ▮▮▮▮▮▮ |  | Not reported |  |  | This item was updated from our processing of your dispute in Jun 2017. |
| **Address identification number** |  |  |  |  |  |
| 0745662036 |  |  |  |  |  |
| Sold to: CACH LLC |  |  |  |  |  |

**Payment history**

| 2012 | | | | | | 2011 | | | | | | | | | | | 2010 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| CO | CO | 150 | 120 | 90 | 60 | 30 | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| **TEXAS BAY CREDIT UNION** | **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |
| --- | --- | --- | --- | --- | --- |
| 12611 FUQUA ST | Apr 2011 | Unsecured | original amount | Not reported | Individual |
| HOUSTON TX 77034 | **First reported** | **Terms** | $1,500 |  | **Status** |
| **Phone number** | Apr 2011 | 12 Months | **High balance** |  | Paid, Closed. |
| (713) 852 6700 | **Date of status** | **Monthly** | Not reported |  |  |
| **Partial account number** | Feb 2012 | **payment** |  |  |  |
| ▮▮▮▮▮▮ |  | Not reported |  |  |  |
| **Address identification number** |  |  |  |  |  |
| 0745662036 |  |  |  |  |  |

**Payment history**

| 2012 | | | | | | 2011 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

www.experian.com

## Your accounts that may be considered negative (continued)

| TXU ENERGY | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 2270 | Feb 2010 | Utility | original amount | $110 as of Jul 2017 | Individual |
| PALESTINE TX 75802 | **First reported** | **Terms** | $110 | | **Status** |
| **Phone number** | Jul 2011 | 1 Months | **High balance** | | Account charged off. $110 written off. $110  past due as of |
| (800) 242 9113 | **Date of status** | **Monthly** | Not reported | | Jul 2017. |
| **Partial account number** | Jul 2011 | **payment** | | | This account is scheduled to continue on record until Jan |
| ▉▉▉▉▉ | | Not reported | | | 2018. |
| **Address identification number** | | | | | This item was updated from our processing of your dispute in |
| 0151444683 | | | | | Jul 2017. |

**Payment history**

| 2017 | | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| CO | ND | CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| 2013 | | | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CO |

| TXU ENERGY | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 2270 | Sep 2010 | Utility | original amount | $239 as of May | Individual |
| PALESTINE TX 75802 | **First reported** | **Terms** | $239 | 2017 | **Status** |
| **Phone number** | Jun 2011 | 1 Months | **High balance** | | Account charged off. $239 written off. $239  past due as of |
| (800) 242 9113 | **Date of status** | **Monthly** | Not reported | | May 2017. |
| **Partial account number** | Jun 2011 | **payment** | | | This account is scheduled to continue on record until Nov |
| ▉▉▉▉▉ | | Not reported | | | 2017. |
| **Address identification number** | | | | | This item was updated from our processing of your dispute in |
| 0151444683 | | | | | May 2017. |

**Payment history**

| 2017 | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| 2012 | | | | | | | | | | | | 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | JUN |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CO |

Prepared for: AMANDA CLEMENTS
Date: July 25, 2017
Report number: 0306-9910-461
**Page 10 of 30**

CLEMENTS-EXP 000031

## Your accounts that may be considered negative (continued)

| WORLD FINANCE CORPORATIO | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 6429 | Nov 2011 | Secured Loan | **original amount** | $0 as of Apr 2015 | Individual |
| GREENVILLE SC 29606 | **First reported** | **Terms** | $920 | | **Status** |
| **Phone number** | Dec 2011 | 8 Months | **High balance** | | Closed. $805 written off. |
| (864) 298 9800 | **Date of status** | **Monthly** | Not reported | | **Comment:** |
| **Partial account number** | Apr 2015 | **payment** | | | Purchased by another lender. |
| | | Not reported | | | This item was updated from our processing of your dispute in Jun 2017. |

**Address identification number**
0261218957
Sold to: JH PORTFOLIO DEBIT
EQUITY LLC

**Payment history**

| 2015 | | | | 2014 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | | | 2012 | | | | | | | | | | | | | | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | | | | | DEC |

CLS CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO 60 30 OK OK OK

## Your accounts in good standing

These items may stay on your credit report for as long as they are open.  Once an account is
closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

| AARON SALES & LEASE | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| OWNERSHIPS | May 2013 | Lease | **original amount** | Not reported | Individual |
| 1015 COBB PLACE BLVD NW | **First reported** | **Terms** | $600 | | **Status** |
| KENNESAW GA 30144 | Apr 2014 | 12 Months | **High balance** | | Paid, Closed/Never late. |
| **Phone number** | **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Apr 2024. |
| (678) 402 3948 | Apr 2014 | **payment** | | | |
| **Partial account number** | | Not reported | | | |

**Address identification number**
0155156989

**Payment history**

| 2014 |
|---|
| APR |

CLS

0478705081

www.experian.com

CLEMENTS-EXP 000032

## Your accounts in good standing (continued)

**AARON SALES & LEASE OWNERSHIPS**
1015 COBB PLACE BLVD NW
KENNESAW GA 30144
**Phone number**
(678) 402 3948
**Partial account number**
▮▮▮▮▮▮▮▮
**Address identification number**
0155156989

| | | | | | |
|---|---|---|---|---|---|
| **Date opened** Dec 2013 | **Type** Lease | **Credit limit or original amount** $785 | **Recent balance** Not reported | **Responsibility** Individual | |
| **First reported** Dec 2014 | **Terms** 12 Months | **High balance** Not reported | | **Status** Paid, Closed/Never late. | |
| **Date of status** Dec 2014 | **Monthly payment** Not reported | | | This account is scheduled to continue on record until Dec 2024. | |

**Payment history**
2014
DEC
CLS

---

**AARON SALES & LEASE OWNERSHIPS**
1015 COBB PLACE BLVD NW
KENNESAW GA 30144
**Phone number**
(678) 402 3948
**Partial account number**
▮▮▮▮▮▮▮▮
**Address identification number**
0155156989

| | | | | | |
|---|---|---|---|---|---|
| **Date opened** Mar 2014 | **Type** Lease | **Credit limit or original amount** $870 | **Recent balance** Not reported | **Responsibility** Individual | |
| **First reported** Mar 2015 | **Terms** 12 Months | **High balance** Not reported | | **Status** Paid, Closed/Never late. | |
| **Date of status** Mar 2015 | **Monthly payment** Not reported | | | This account is scheduled to continue on record until Mar 2025. | |

**Payment history**
2015
MAR
CLS

---

**SUNTRUST BANK/AMERICAN EDUCATION**
PO BOX 61047
HARRISBURG PA 17106
**Phone number**
(800) 233 0557
**Partial account number**
▮▮▮▮▮▮▮▮
**Address identification number**
0155156989

| | | | | | |
|---|---|---|---|---|---|
| **Date opened** Feb 2008 | **Type** Education | **Credit limit or original amount** $15,551 | **Recent balance** $27,215 as of Jun 2017 | **Responsibility** Individual | |
| **First reported** Jun 2017 | **Terms** 344 Months | **High balance** Not reported | | **Status** Open/Never late. Deferred, payments begin Sep 2017. | |
| **Date of status** Jun 2017 | **Monthly payment** Not reported | | | **Comment:** Account In Forbearance. | |

www.experian.com Case 1:19-cv-23084-KMW Document 65-7 Entered on FLSD Docket 09/28/2020 Page 13 of 31 Prepared for: AMANDA CLEMENTS

Date: July 25, 2017
Report number: 0306-9910-463

Page 12 of 30

CLEMENTS-EXP 00003

## Your accounts in good standing (continued)

**Payment history**

| 2017 |
|---|
| JUN |
| OK |

---

**DRIVETIME**
7300 E HAMPTON AVE STE 101
MESA AZ 85209
**Phone number**
(480) 413 5353
**Partial account number**
▆▆▆▆▆▆

**Address identification number**
0155156989

**Date opened**
Dec 2014
**First reported**
Dec 2014
**Date of status**
Jun 2017

**Type**
Auto Loan
**Terms**
71 Months
**Monthly payment**
$472

**Credit limit or original amount**
$21,774
**High balance**
Not reported

**Recent balance**
$15,018 as of Jun 2017
**Recent payment**
$437

**Responsibility**
Individual
**Status**
Open/Never late.

**Payment history**

| 2017 | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | | AB = Account balance ($) | | | | | DPR = Date payment received | | | | SPA = Scheduled payment amount ($) | | | | AAP = Actual amount paid ($) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 |
| **AB** | 15,259 | 15,489 | 15,723 | 15,946 | 16,187 | 16,403 | 16,912 | 17,274 | 17,255 | 17,466 | 17,668 | 17,866 | 18,069 | 18,261 | 18,676 | 18,862 | 19,060 | 19,240 | 19,633 | 19,814 | 19,983 | 20,376 | 20,321 |
| **DPR** | May16 | Apr21 | Mar23 | Feb23 | Jan31 | Dec30 | Nov18 | Oct21 | Sep26 | Aug19 | Jul22 | Jun24 | May27 | Apr29 | Mar18 | Feb19 | Jan23 | Dec26 | Nov18 | Oct16 | Sep24 | Aug09 | Jul24 |
| **SPA** | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 | 472 |
| **AAP** | 437 | 437 | 437 | 437 | 437 | 734 | 584 | 218 | 437 | 437 | 437 | 437 | 437 | 656 | 437 | 437 | 437 | 656 | 437 | 437 | 656 | 218 | 437 |

▶ *The original amount of this account was $21,774*

---

**CONNS CREDIT CORP**
3295 COLLEGE ST
BEAUMONT TX 77701
**Phone number**
(409) 832 1696
**Partial account number**
▆▆▆▆▆▆

**Address identification number**
0155156989

**Date opened**
Nov 2016
**First reported**
Nov 2016
**Date of status**
Jun 2017

**Type**
Secured Loan
**Terms**
36 Months
**Monthly payment**
$206

**Credit limit or original amount**
$4,454
**High balance**
Not reported

**Recent balance**
$4,421 as of Jun 2017

**Responsibility**
Individual
**Status**
Open/Never late.

**Payment history**

| 2017 | | | | | | 2016 | |
|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| OK | OK | OK | OK | OK | OK | OK | OK |

www.experian.com

CLEMENTS-EXP 000034

## Your accounts in good standing (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

| | | | | | | |
|---|---|---|---|---|---|---|
| **AB** = Account balance ($) | | | **DPR** = Date payment received | | **SPA** = Scheduled payment amount ($) | **AAP** = Actual amount paid ($) |

| | May17 | Apr17 | Feb17 | Dec16 |
|---|---|---|---|---|
| **AB** | 4,523 | 4,610 | 4,781 | 4,995 |
| **DPR** | Apr26 | Mar27 | Jan27 | ND |
| **SPA** | 206 | 206 | 206 | 206 |
| **AAP** | 210 | 206 | 202 | ND |

► The original amount of this account was $4,454

---

**PANHANDLE PLNS STUDNT LO**
1403 23RD ST
CANYON TX 79015
**Phone number**
(806) 324 4100
**Partial account number**

**Date opened**
Feb 2001
**First reported**
Mar 2002
**Date of status**
Jan 2008

**Type**
Education
**Terms**
120 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$1,750
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Jan 2018.

**Address identification number**
0151445067

**Payment history**

|  | 2008 | 2007 | | | | | | | | | | | 2006 | | | | | | | | | | | | | 2005 | | | | | | | | | | | | | 2004 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| | CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | ND | OK | OK |

| 2003 | | | | | | | 2002 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | ND | ND | ND | ND | ND | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**PANHANDLE PLNS STUDNT LO**
1403 23RD ST
CANYON TX 79015
**Phone number**
(806) 324 4100
**Partial account number**

**Date opened**
Sep 2001
**First reported**
Mar 2002
**Date of status**
Jan 2008

**Type**
Education
**Terms**
120 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$2,625
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Jan 2018.

**Address identification number**
0151445067

CLEMENTS-EXP 000035

## Your accounts in good standing (continued)

**Payment history**

| 2008 | 2007 | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK |

| 2003 | | | | | | | | | | | | 2002 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | ND | ND | ND | ND | ND | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| PANHANDLE PLNS STUDNT LO | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| 1403 23RD ST | Feb 2001 | Education | original amount | Not reported | Individual |
| CANYON TX 79015 | **First reported** | **Terms** | $1,998 | | **Status** |
| **Phone number** | Mar 2002 | 120 Months | **High balance** | | Paid, Closed/Never late. |
| (806) 324 4100 | **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Jan |
| **Partial account number** | Jan 2008 | **payment** | | | 2018. |
| | | Not reported | | | |

**Address identification number**
0151445067

**Payment history**

| 2008 | 2007 | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK |

| 2003 | | | | | | | | | | | | 2002 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | ND | ND | ND | ND | ND | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| PANHANDLE PLNS STUDNT LO | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| 1403 23RD ST | Sep 2001 | Education | original amount | Not reported | Individual |
| CANYON TX 79015 | **First reported** | **Terms** | $4,000 | | **Status** |
| **Phone number** | Mar 2002 | 120 Months | **High balance** | | Paid, Closed/Never late. |
| (806) 324 4100 | **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Jan |
| **Partial account number** | Jan 2008 | **payment** | | | 2018. |
| | | Not reported | | | |

**Address identification number**
0151445067

**Payment history**

| 2008 | 2007 | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK |

| 2003 | | | | | | | | | | | | 2002 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | ND | ND | ND | ND | ND | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

www.experian.com

Prepared for: AMANDA CLEMENTS
Date:  July 25, 2017
Report number:  0306-9910-46

**Page 15 of 30**

CLEMENTS-EXP 000036

## Your accounts in good standing (continued)

**PANHANDLE PLNS STUDNT LO**
1403 23RD ST
CANYON TX 79015
**Phone number**
(806) 324 4100
**Partial account number**
▆▆▆▆

**Address identification number**
0151445067

| | | |
|---|---|---|
| **Date opened** Aug 2002 | **Type** Education | **Credit limit or original amount** $1,167 | **Recent balance** Not reported |
| **First reported** Sep 2002 | **Terms** 120 Months | **High balance** Not reported | |
| **Date of status** Jan 2008 | **Monthly payment** Not reported | | |

**Responsibility**
Individual
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Jan 2018.

**Payment history**

| 2008 | 2007 | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK |

| 2003 | | | | | | | 2002 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| OK | OK | OK | OK | OK | OK | OK | ND | OK | ND | ND | ND | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK |

**PANHANDLE PLNS STUDNT LO**
1403 23RD ST
CANYON TX 79015
**Phone number**
(806) 324 4100
**Partial account number**
▆▆▆▆

**Address identification number**
0151445067

| | | |
|---|---|---|
| **Date opened** Aug 2002 | **Type** Education | **Credit limit or original amount** $1,334 | **Recent balance** Not reported |
| **First reported** Sep 2002 | **Terms** 120 Months | **High balance** Not reported | |
| **Date of status** Jan 2008 | **Monthly payment** Not reported | | |

**Responsibility**
Individual
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Jan 2018.

**Payment history**

| 2008 | 2007 | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK |

| 2003 | | | | | | | 2002 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| OK | OK | OK | OK | OK | OK | OK | ND | OK | ND | ND | ND | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK |

CLEMENTS-EXP 00003

## Your accounts in good standing (continued)

**PANHANDLE PLNS STUDNT LO**
1403 23RD ST
CANYON TX 79015
**Phone number**
(806) 324 4100
**Partial account number**

**Address identification number**
0151445067

| **Date opened** | Feb 2008 |
| **First reported** | Mar 2008 |
| **Date of status** | Aug 2009 |

| **Type** | Education |
| **Terms** | 180 Months |
| **Monthly payment** | Not reported |

| **Credit limit or original amount** | $6,450 |
| **High balance** | Not reported |

| **Recent balance** | Not reported |

**Responsibility**
Individual
**Status**
Transferred,closed/Never late.
This account is scheduled to continue on record until Aug 2019.

**Payment history**

| 2009 | | | | | | | | | | 2008 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | | | | |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | |

---

**PANHANDLE PLNS STUDNT LO**
1403 23RD ST
CANYON TX 79015
**Phone number**
(806) 324 4100
**Partial account number**

**Address identification number**
0151445067

| **Date opened** | Feb 2008 |
| **First reported** | Mar 2008 |
| **Date of status** | Aug 2009 |

| **Type** | Education |
| **Terms** | 180 Months |
| **Monthly payment** | Not reported |

| **Credit limit or original amount** | $9,101 |
| **High balance** | Not reported |

| **Recent balance** | Not reported |

**Responsibility**
Individual
**Status**
Transferred,closed/Never late.
This account is scheduled to continue on record until Aug 2019.

**Payment history**

| 2009 | | | | | | | | | | 2008 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | | | | |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | |

---

**SANTANDER CONSUMER USA**
5201 RUFE SNOW DR
NORTH RICHLAND HILLS TX 76180
**Phone number**
(866) 923 9282
**Partial account number**

**Address identification number**
0155156989

| **Date opened** | Apr 2013 |
| **First reported** | Apr 2013 |
| **Date of status** | Jun 2017 |

| **Type** | Auto Loan |
| **Terms** | 78 Months |
| **Monthly payment** | $488 |

| **Credit limit or original amount** | $21,263 |
| **High balance** | Not reported |

| **Recent balance** | $13,721 as of Jun 2017 |

**Responsibility**
Individual
**Status**
Open/Never late.

www.experian.com

CLEMENTS-EXP 000038

## Your accounts in good standing (continued)

**Payment history**

| 2017 | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2013 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | |

**Account history** – *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 13,526 | 13,302 | 13,605 | 14,100 | 14,100 | 14,363 | 14,363 | 14,363 | 14,363 | 14,363 | 14,626 | 14,928 | 15,149 | 15,439 | 15,640 | 15,913 | 16,198 | 16,527 | 16,675 | 16,826 | 17,040 | 17,343 | 17,515 |
| **DPR** | Apr28 | Apr28 | Jan24 | Jan24 | Jan24 | Nov29 | Nov29 | Aug23 | Aug23 | Aug23 | Jul21 | Jun24 | May23 | Apr25 | Mar17 | Feb17 | Jan21 | Dec31 | Nov20 | Oct20 | Sep16 | Aug24 | Jul17 |
| **SPA** | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 | 488 |
| **AAP** | ND | 500 | ND | ND | 890 | 462 | ND | ND | 500 | 500 | 488 | 460 | 502 | 501 | 500 | 500 | 500 | 485 | 408 | 500 | 500 | 500 | 500 |

► *The original amount of this account was $21,263*

---

| **T & P FEDERAL CREDIT UN**<br>101 S MAIN ST<br>BIG SPRING TX 79720<br>**Phone number**<br>(432) 263 1631<br>**Partial account number**<br>▮▮▮▮▮▮<br>**Address identification number**<br>0154753000 | **Date opened**<br>Feb 2006<br>**First reported**<br>Feb 2006<br>**Date of status**<br>Apr 2009 | **Type**<br>Auto Loan<br>**Terms**<br>22 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$8,552<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Joint with<br>CAREY G CLEMENTS<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Apr 2019. |
|---|---|---|---|---|---|

**Payment history**

| 2009 | | | | 2008 | | | | | | | | | | | | 2007 | | | | | | | | | | | | 2006 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

| **TEXAS BAY CREDIT UNION**<br>12611 FUQUA ST<br>HOUSTON TX 77034<br>**Phone number**<br>(713) 852 6700<br>**Partial account number**<br>▮▮▮▮▮▮<br>**Address identification number**<br>0151445067 | **Date opened**<br>Feb 2007<br>**First reported**<br>Feb 2007<br>**Date of status**<br>Mar 2008 | **Type**<br>Unsecured<br>**Terms**<br>Not reported<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$1,003<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Mar 2018. |
|---|---|---|---|---|---|

CLEMENTS-EXP 000030

## Your accounts in good standing (continued)

**Payment history**

| 2008 | | | | | | | | | | | | | 2007 | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|------|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TEXAS BAY CREDIT UNION**<br>12611 FUQUA ST<br>HOUSTON TX 77034<br>**Phone number**<br>(713) 852 6700<br>**Partial account number**<br>████████<br>**Address identification number**<br>0151445067 | **Date opened**<br>Apr 2008<br>**First reported**<br>Apr 2008<br>**Date of status**<br>Mar 2009 | **Type**<br>Unsecured<br>**Terms**<br>Not reported<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$1,003<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Mar 2019. | |

**Payment history**

| 2009 | | | | | | | | | | | | | 2008 | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|------|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | | | |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TEXAS BAY CREDIT UNION**<br>12611 FUQUA ST<br>HOUSTON TX 77034<br>**Phone number**<br>(713) 852 6700<br>**Partial account number**<br>████████<br>**Address identification number**<br>0151445067 | **Date opened**<br>Jun 2009<br>**First reported**<br>Jun 2009<br>**Date of status**<br>Apr 2010 | **Type**<br>Unsecured<br>**Terms**<br>Not reported<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$1,003<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Apr 2020. | |

**Payment history**

| 2010 | | | | 2009 | | | | | | | |
|------|---|---|---|------|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

0478705081

www.experian.com

Prepared for:  AMANDA CLEMENTS
Date:  July 25, 2017
Report number:  0306-9910–46

**Page 19 of 30**

CLEMENTS-EXP 000040

### Your accounts in good standing (continued)

**TEXAS BAY CREDIT UNION**
12611 FUQUA ST
HOUSTON TX 77034
**Phone number**
(713) 852 6700
**Partial account number**
▮▮▮▮▮▮
**Address identification number**
0261218957

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Apr 2010 | Unsecured | original amount | Not reported | Individual |
| **First reported** | **Terms** | $1,002 | | **Status** |
| Apr 2010 | Not reported | **High balance** | | Paid, Closed/Never late. |
| **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Nov |
| Nov 2010 | **payment** | | | 2020. |
| | Not reported | | | |

**Payment history**
**2010**
NOV OCT SEP AUG JUL JUN MAY APR
CLS  OK  OK  OK  OK  OK  OK  OK

---

**TEXAS BAY CREDIT UNION**
12611 FUQUA ST
HOUSTON TX 77034
**Phone number**
(713) 852 6700
**Partial account number**
▮▮▮▮▮▮
**Address identification number**
0261218957

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Nov 2010 | Unsecured | original amount | Not reported | Individual |
| **First reported** | **Terms** | $1,517 | | **Status** |
| Nov 2010 | Not reported | **High balance** | | Paid, Closed/Never late. |
| **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Apr |
| Apr 2011 | **payment** | | | 2021. |
| | Not reported | | | |

**Payment history**
**2011**              **2010**
APR MAR FEB JAN DEC NOV
CLS  OK  OK  OK  OK  OK

---

**WORLD FINANCE CORPORATIO**
PO BOX 6429
GREENVILLE SC 29606
**Phone number**
(864) 298 9800
**Partial account number**
▮▮▮▮▮▮
**Address identification number**
0261218957

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Jan 2011 | Secured Loan | original amount | Not reported | Individual |
| **First reported** | **Terms** | $665 | | **Status** |
| Jan 2011 | 7 Months | **High balance** | | Paid, Closed/Never late. |
| **Date of status** | **Monthly** | Not reported | | This account is scheduled to continue on record until Mar |
| Mar 2011 | **payment** | | | 2021. |
| | Not reported | | | |

## Your accounts in good standing (continued)

**Payment history**
2011
MAR FEB JAN
CLS OK OK

---

| WORLD FINANCE CORPORATIO<br>PO BOX 6429<br>GREENVILLE SC 29606<br>**Phone number**<br>(864) 298 9800<br>**Partial account number**<br><br>**Address Identification number**<br>0261218957 | **Date opened**<br>Mar 2011<br>**First reported**<br>Mar 2011<br>**Date of status**<br>May 2011 | **Type**<br>Secured Loan<br>**Terms**<br>7 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$665<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until May 2021. |

**Payment history**
2011
MAY APR MAR
CLS OK OK

---

| WORLD FINANCE CORPORATIO<br>PO BOX 6429<br>GREENVILLE SC 29606<br>**Phone number**<br>(864) 298 9800<br>**Partial account number**<br><br>**Address Identification number**<br>0261218957 | **Date opened**<br>May 2011<br>**First reported**<br>May 2011<br>**Date of status**<br>Aug 2011 | **Type**<br>Secured Loan<br>**Terms**<br>7 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$665<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Aug 2021. |

**Payment history**
2011
AUG JUL JUN MAY
CLS OK OK OK

0478705081

www.experian.com

**CLEMENTS-EXP 000042**

### Your accounts in good standing (continued)

| | | | |
|---|---|---|---|
| **WORLD FINANCE CORPORATIO**<br>PO BOX 6429<br>GREENVILLE SC 29606<br>**Phone number**<br>(864) 298 9800<br>**Partial account number**<br>█████████<br><br>**Address identification number**<br>0745662036 | **Date opened**<br>Aug 2011<br>**First reported**<br>Aug 2011<br>**Date of status**<br>Nov 2011 | **Type**<br>Secured Loan<br>**Terms**<br>8 Months<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$920<br>**High balance**<br>Not reported | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Nov 2021. |

**Payment history**
2011
NOV OCT SEP AUG
CLS  OK  OK  OK

www.experian.com Case 1:19-cv-23084-KMW Document 65-7 Entered on FLSD Docket 09/28/2020 Page 23 of 31 Prepared for: AMANDA CLEMENTS

Date: July 25, 2017

Report number: 0306-9910-46

Page 22 of 30

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

**Inquiries shared with others**
The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

| | |
|---|---|
| **FACTUAL DATA/0600**<br>5200 HAHNS PEAK DR<br>LOVELAND CO 80538<br>(800) 929 3400<br>**Address identification number:**<br>0155156989 | **Date**<br>Jun 21, 2017<br>**Reason**<br>Real Estate on behalf of LGI HOMES SEACREST. This inquiry is scheduled to continue on record until Jul 2019. |
| **YARDI RESIDENT SCREENING**<br>307 WAVERLY OAKS RD STE 301<br>WALTHAM MA 02452<br>(781) 890 5100<br>**Address identification number:**<br>0155156989 | **Date**<br>Apr 7, 2017<br>**Reason**<br>Rental on behalf of PINNACLE PROPERTY MA. This inquiry is scheduled to continue on record until May 2019. |
| **UNIVERSAL CREDIT SERVICES**<br>PO BOX 187<br>CLIFTON HEIGHTS PA 19018<br>(800) 358 8442<br>**Address identification number:**<br>0155156989 | **Date**<br>Mar 30, 2017<br>**Reason**<br>Real Estate on behalf of GOLD STAR MORTGAGE - TXC. This inquiry is scheduled to continue on record until Apr 2019. |
| **SYNCHRONY BANK**<br>C/O PO BOX 965037<br>ORLANDO FL 32896<br>No phone number available<br>**Address identification number:**<br>0155156989 | **Date**<br>Jan 15, 2017<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Feb 2019. |

| | |
|---|---|
| **CREDIT SOLUTIONS**<br>404 CAMINO DEL RIO S STE 400<br>SAN DIEGO CA 92108<br>(800) 250 8877<br>**Address identification number:**<br>0155156989 | **Date**<br>Oct 27, 2016<br>**Reason**<br>Collection purpose. This inquiry is scheduled to continue on record until Nov 2018. |
| **SANTANDER CONSUMER USA**<br>5201 RUFE SNOW DR<br>NORTH RICHLAND HILLS TX 76180<br>(888) 276 7202<br>**Address identification number:**<br>0155156989 | **Date**<br>Sep 19, 2016<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Oct 2018. |
| **SANTANDER CONSUMER USA**<br>No phone number available<br>**Address identification number:**<br>0155156989 | **Date**<br>Feb 22, 2016<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Mar 2018. |
| **SANTANDER CONSUMER USA**<br>No phone number available<br>**Address identification number:**<br>0155156989 | **Date**<br>Dec 23, 2015<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Jan 2018. |
| **ZZOUNDS MUSIC LLC**<br>57 W GRAND AVE FL 7<br>CHICAGO IL 60654<br>(800) 996 8637<br>**Address identification number:**<br>0155156989 | **Date**<br>Nov 27, 2015<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Dec 2017. |

**Inquiries shared only with you**
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports of others.**

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;

0478705081

www.experian.com

CLEMENTS-EXP 000044

- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

**These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).**

**FIRST NATIONAL COLLECTIO** 3631 WARREN WAY   RENO NV 89509
**No phone number available**
Date of inquiry: Jul 18, 2017

**INTERSECTIONS** 3901 STONECROFT BLVD   CHANTILLY VA 20151
(703) 488 6100
Date of inquiry: Jul 08, 2017

**CREDIT COMM SERVICES/INTERSECTION** 3901 STONECROFT BLVD
CHANTILLY VA 20151
(877) 345 2965
Date of inquiry: Jul 08, 2017

**SANTANDER CONSUMER USA I** 5201 RUFE SNOW DR   NORTH RICHLAND
HILLS TX 76180
(817) 514 4089
Date of inquiry: Jul 05, 2017; Apr 07, 2017; Jan 11, 2017; Oct 05, 2016; Jul 11, 2016;
Jan 11, 2016; Oct 13, 2015; Jul 13, 2015

**CREDIT SOLUTIONS CORP** 404 CAMINO DEL RIO S STE 400   SAN DIEGO CA
92108
(800) 250 8877
Date of inquiry: Jun 22, 2017; Jan 16, 2017

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650   CHICAGO IL
60601
**No phone number available**
Date of inquiry: Apr 24, 2017; Feb 25, 2017; Dec 27, 2016; Oct 31, 2016; Aug 24,
2016

**CAPITAL ONE** PO BOX 30281   SALT LAKE CITY UT 84130
(804) 967 1000
Date of inquiry: Apr 22, 2017; Apr 08, 2017; Jan 24, 2017; Jan 07, 2017; Nov 18,
2016; Nov 04, 2016; Oct 25, 2016; Oct 11, 2016; Aug 19, 2016; Aug 16, 2016; Aug 06,

2016; Aug 02, 2016; Jul 26, 2016; Jul 19, 2016; Jul 09, 2016; Jun 23, 2016; Jun 17,
2016; Jun 11, 2016; Jun 04, 2016

**AXD/OMNI FUND INC** 26395 JEFFERSON AVE STE E   MURRIETA CA 92562
(888) 682 3863
Date of inquiry: Apr 09, 2017

**AXCSSFN/CNGO** 7755 MONTGOMERY RD STE 400   CINCINNATI OH 45236
(888) 296 2274
Date of inquiry: Apr 06, 2017; Oct 27, 2016; Jun 23, 2016; May 09, 2016; Mar 09,
2016

**CONVERGENT OUTSOURCING** 800 SW 39TH ST   RENTON WA 98057
(888) 871 2279
Date of inquiry: Mar 31, 2017; Dec 24, 2015

**ALLIANCE DIRECT LENDING** 1371 WARNER AVE STE E   TUSTIN CA 92780
(800) 235 4605
Date of inquiry: Mar 24, 2017

**LENDUP** 47 MAIDEN LN FL 3   SAN FRANCISCO CA 94108
(855) 253 6387
Date of inquiry: Dec 19, 2016; Nov 16, 2016

**SPRINT CORP GEW** 1868 N UNIVERSITY DR STE 304   PLANTATION FL 33322
**No phone number available**
Date of inquiry: Dec 14, 2016

**EXPERIANHLTH** 720 COOL SPRINGS BLVD STE 200   FRANKLIN TN 37067
(763) 416 1030
On behalf of SRCHAMER/HCA NATIONAL PA for 30
Date of inquiry: Dec 03, 2016; Nov 29, 2016

**SANTANDER CONSUMER USA** 8585 N STEMMONS FWY   DALLAS TX 75247
(888) 222 4227
Date of inquiry: Dec 02, 2016; Nov 10, 2015

**CURO MANAGEMENT, LLC** 3527 N RIDGE RD   WICHITA KS 67205
(800) 856 2911
Date of inquiry: Dec 01, 2016; Nov 10, 2016; Sep 15, 2016; Mar 30, 2016; Nov 20,
2015; Oct 02, 2015

**OPENROAD LENDING LLC** 6616 DAVID BLVD   NORTH RICHLAND HILLS TX
76182
(888) 536 3024
Date of inquiry: Oct 19, 2016; May 04, 2016

**GENERAL MOTORS FINANCE** 4000 EMBARCADERO DR   ARLINGTON TX 76014
No phone number available
Date of inquiry: Oct 18, 2016

**CREDIT SOLUTIONS CORP** 404 CAMINO DEL RIO S STE 400   SAN DIEGO CA 92108
(800) 250 8877
Date of inquiry: Sep 28, 2016; Jul 07, 2015

**CONVERGENT OUTSOURCING,** 800 SW 39TH ST   RENTON WA 98057
(888) 871 2279
Date of inquiry: Sep 10, 2016

**CBA COLLECTION BUREAU OF** 25954 EDEN LANDING RD FL 1   HAYWARD CA 94545
(888) 306 2045
Date of inquiry: Aug 15, 2016

**CREDIT ONE BANK** PO BOX 98873   LAS VEGAS NV 89193
(877) 825 3242
Date of inquiry: Jul 05, 2016

**GINNYS** 1112 7TH AVE   MONROE WI 53566
No phone number available
Date of inquiry: Jun 17, 2016

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD   CLEVELAND OH 44143
No phone number available
Date of inquiry: Jun 07, 2016; Dec 09, 2015

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD   CLEVELAND OH 44143
No phone number available
Date of inquiry: May 03, 2016

**CONSUMER PORTFOLIO SVCS** 19500 JAMBOREE RD # FLRS 4/6   IRVINE CA 92612
(949) 753 6800
Date of inquiry: Mar 25, 2016

**CENTRAL PORTFOLIO CONTRO** 10249 YELLOW CIRCLE DR STE 200 MINNETONKA MN 55343
(952) 944 5440
Date of inquiry: Jan 25, 2016

**VEX/CLASSIC HOU** 7000 SOUTHEAST FREEWAY   HOUSTON TX 77074
(877) 838 9831
Date of inquiry: Dec 23, 2015

**LEXISNEXIS/COMMERCIAL** 1000 ALDERMAN DR   ALPHARETTA GA 30005
(800) 456 6004
On behalf of UNITRIN SPECIALTY LINES for Insurance underwriting
Date of inquiry: Dec 09, 2015

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR   ALPHARETTA GA 30005
(866) 323 0932
On behalf of INFINITY INS CO for Insurance underwriting
Date of inquiry: Dec 09, 2015

**LEXISNEXIS/INS/P&C**
No phone number available
On behalf of MERCURY INSURANCE GROUP for Insurance underwriting
Date of inquiry: Dec 09, 2015

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD   CLEVELAND OH 44143
No phone number available
Date of inquiry: Dec 09, 2015

**EXPERIAN** PO BOX 9600   ALLEN TX 75013
(800) 311 4769
Date of inquiry: Oct 18, 2012; Aug 17, 2010

**EXPERIAN**
No phone number available
Date of inquiry: Aug 17, 2010

## Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

AMANDA  CLEMENTS
    Name identification number: 8290
AMANDA J CLEMENTS
    Name identification number: 5139
AMANDA JEAN CLEMENTS
    Name identification number: 27751
CLEMENTS  AMANDA
    Name identification number: 22688

www.experian.com

Prepared for:  AMANDA CLEMENTS
Date:  July 25, 2017
Report number:  0306-9910-46

**Page 25 of 30**

CLEMENTS-EXP 000046

*Personal information continued*

AMANDA  CLEMANTS
   Name identification number:  6149
AMANDA  CLEMENS
   Name identification number:  23569

## Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
| --- | --- | --- |

*Personal information continued*

| Address | Type of address | Geographical code |
| --- | --- | --- |

CLEMENTS-EXP 00004

## Personal information continued

| Address | Type of address | Geographical code |
|---------|-----------------|-------------------|

███████████████████████████████████

### Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.

████████████

### Year of birth

1980

### Telephone numbers

Cellular
Residential
Cellular

## Personal information continued

### Spouse or co-applicant

CAREY

### Former or current employers

ASHTEAD TECHNOLOGIES
ASHTECH TECHNOLOGY 10635 RICHMOND AVE S-100 HOUSTON
TELEDYNE INSTRUMENTSEOF 10801 HAMMERLY_BLV 77043
NOT PROVIDED

### Notices

This address has pertained to a business: 2814 PICKETT DR LEAGUE CITY TX 77573.
FINANCE-INSUR.-REAL EST. SRVC.: 2814 PICKETT DR, LEAGUE CITY, TX, 77573.

--- End of Report ---

If you disagree with information in your report you may dispute most information at:

**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

www.experian.com

CLEMENTS-EXP 000048

**Notification of Rights for Texas Consumers**

The Texas Business and Commerce Code requires that Texas consumers be given notice of their rights with written disclosure. You have the right to obtain a copy of your personal credit report from Experian online at www.experian.com/consumer, by calling 1 888 EXPERIAN (1 888 397 3742), or by writing to us at P.O. Box 2002, Allen, TX 75013. If you write to us, always include your full name including middle initial (and generation such as JR, SR, II, III); current mailing address; date of birth (month/date/year); and previous addresses for the past two years. Include one copy of a government issued identification card, such as a driver's license, state ID card, etc.; and one copy of a utility bill, bank or insurance statement, etc. Make sure that each copy is legible (enlarge if necessary), displays your name and current mailing address, and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions, or postal service forwarding orders as proof of your address and identity. To protect your personal information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents. The fee for a credit report is $12.45 (includes tax).

You have the right to dispute information in your credit report that you believe is inaccurate. You may dispute online at www.experian.com/disputes, or by calling the toll-free number or writing to us at the address on your credit report. The account name and number and a specific reason why you believe the information is inaccurate should be included. Experian will verify disputed information with the source, which may take up to 30 days, or 45 days for information in an annual free credit report, and then notify the consumer of the results of the investigation.

You have a right to place a fraud security alert statement on your credit report that alerts anyone who reviews your credit information that your identity may have been used without your consent and requests that the reviewer verifies your identity before issuing credit. If an alert is added, approvals of credit, rental housing, insurance, employment, etc. requested by you may be delayed or rejected. You may request a security alert online at www.experian.com/fraud or by calling 1 888 EXPERIAN (1 888 397 3742). Consumers who add a 90-day security alert may request a complimentary copy of their report by visiting www.experian.com/initialfraudreport or by calling 1 (800) 360-7540. To remove a security alert, the consumer must submit the request in writing.

Consumers in your state have the right to place a "security freeze" on their credit reports, which will prohibit us from releasing any information in their credit reports without their express authorization, except to those with whom the consumer has an existing account or a collection agency acting on behalf of the existing account, for purposes of reviewing (account maintenance, monitoring, credit line increases and account upgrades and enhancements) or collecting the account. If you place a security freeze on your credit report, your information also may be used for the purposes of prescreening as provided for by the federal Fair Credit Reporting Act, even if a security freeze is on the report. A security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent; however, using a security freeze may delay, interfere with, or prohibit the timely approval of any subsequent requests or applications regarding a new loan, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, or other services, including an extension of credit at point of sale.

The fee for placing a security freeze on a credit report is $10.83 (includes tax). If you are a victim of identity theft and submit a valid investigative or incident report, complaint with a law enforcement agency or the Department of Motor Vehicles (DMV), the fee will be waived. To request a security freeze, log on to www.experian.com/freeze, call 1 888 EXPERIAN (1 888 397 3742) or send all of the requested information via certified mail, where required by law, to Experian Security Freeze, P.O. Box 9554, Allen, TX 75013, or by overnight mail to Experian, 701 Experian Parkway, Allen, TX 75013. You may also submit your request or documents supporting your claim electronically at experian.com/upload.

Be sure to include the following information:

- Your full name including middle initial (and generation such as JR,
- SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth

- $10.83 fee (includes tax) or a valid investigative or incident report or
- complaint filed with a law enforcement agency
- One copy of a government issued identification card, such as a
- driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof. To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents.

In addition, a protected consumer according to Texas state law is a consumer who resides in Texas and is younger than 16 years of age at the time a request for the placement of a security freeze is made. To request a security freeze for a protected consumer in your care, submit all of the above information for both you and the protected consumer, as well as a copy of the protected consumer's birth certificate and Social Security card. Once we have received your request and all of the required information for both you and the protected consumer, a freeze will be placed on the protected consumer's credit file. If a credit file for the protected consumer does not currently exist, a file for the protected consumer will be created. Experian does not knowingly maintain credit information on minors. If you are the protected consumer's representative, be sure to include a copy of the court document or notarized written statement naming you as the representative.

There is no fee for a protected consumer under the age of 16 or if the protected consumer's representative submits a valid investigative or incident report or complaint with a law enforcement agency. If Experian must create a record for the protected consumer as none exists and the protected consumer is not a victim of identity theft, the $10.83 fee will apply. We will send you a confirmation notice once the security freeze has been added, and you will be given a personal identification number (PIN) that will be required in order to remove the freeze temporarily (in order to apply for credit or for any transaction that requires that another party access your personal credit report) or permanently.

If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze. If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

To temporarily remove a security freeze for a period of time in order to apply for credit or for any transaction that requires that another party access your personal credit report, log on to www.experian.com/freeze or call 1 888 EXPERIAN (1 888 397 3742), then enter your identification information and PIN. The fee for temporarily removing a security freeze is $10.83. To temporarily remove a security freeze for a specific party, provide your single-use PIN to the party you wish to grant access to your report.

To permanently remove a security freeze, log on to www.experian.com/freeze or call 1 888 EXPERIAN (1 888 397 3742). You also may write to us and provide all your identification information and PIN. If you write to us, always include a copy of your personal identification information and proof of your address as specified in this letter. The fee for permanently removing a security freeze is $10.83. To remove a security freeze from a protected consumer's file, the protected consumer must include all of their identification information and proof that their representative's authority to act on their behalf is no longer valid. If the request to remove a security freeze is made by the protected consumer's representative, the representative must include all the required identification information for the representative and the protected consumer as well as sufficient proof of authority to act on behalf of the protected consumer. The fee to remove a freeze from the file of a protected consumer is $10.83.

Acceptable forms of payment to place or remove a security freeze are credit card, check and money order. If you submit your credit card information by mail, be sure to include the name exactly as it is displayed on the card, the credit card type, the credit card number and the expiration date. Accepted credit cards are American Express, Discover, MasterCard and VISA.

Texas consumers have a right to file action in court to enforce an obligation of a consumer reporting agency. Or, if agreed to by both parties, after the consumer has followed the normal dispute procedures and received their notice of the results of the investigation, the matter may be submitted to

www.experian.com

CLEMENTS-EXP 000050

binding arbitration in the manner provided by the rules of the American
Arbitration Association.

Case 1:19-cv-23084-KMW   Document 65-7   Entered on FLSD Docket 09/28/2020   Page 31 of 31

CLEMENTS-EXP 000051

THIS PAGE INTENTIONALLY LEFT BLANK