# EXHIBIT 9

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | | |
|---|---|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | | | | 0329128512005 |
| SUBCODE: | 1976523 | ACCOUNT #: | 71670 | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | | Office: | 1 |
|---|---|---|---|---|---|
| | | | | Date Sent: | 04/09/2018 |
| | | | | Date Due: | 04/26/2018 |
| REMARKS: | | | | Resp Date: | 04/11/2018 |
| | CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | **DNR Date:** | 04/26/2018 |
| Name: | OMAR ANTONIO SANTOS | | OMAR SANTOS | Name Flag: | S U S U |
| SSN: | DOB: | 1988 | 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74TH ST #205 | | 2333 W 74TH ST APT 205 | Curr Addr Flag: | Different |
| | MIAMI, FL | | MIAMI, FL | Prev Addr Flag: | DIFF/SUPP |
| ZIP: | 33106 | | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | 2333 W 74TH ST APT 205 HIALEAH FL 330166 | DOB Flag: | Same |
| Prev Addr 2: | | | | Authorized Verifier: | Nicholas Greave |
| Account Name: | | | | Phone: | (954) 321-5957 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | **SUBSCRIBER RESPONSE** | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: | ECOA: | 1 | | 1 | |
| Balance: | Balance Date: | 1,190 | 04/11/2018 | 1,190 | 04/06/2018 |
| Amt Past Due: | | 1,190 | | 1,190 | |
| Orig Delinq Date: | | 02/04/2012 | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | | 1,190 | | 1,190 | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: | Act Pay: | | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: | Closed Date: | 02/20/2013 | | 02/20/2013 | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | | XB | | XB | |
| Type: | Terms: | Freq: | 48 | 48 | 001 |
| Original Creditor: | | **PARAGON CONTRACTING SERVICESI** | | PARAGON CONTRACTING SERVICES I | |
| Special Payment/Date/Amt: | | | | | |

| | Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |

SANTOS-EXP 000420

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | |
|---|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | | | 0329128512004 |
| SUBCODE: | 1976523 | ACCOUNT #: 81384▮▮▮ | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 04/09/2018 |
| | | | Date Due: | 04/26/2018 |
| REMARKS: | | | Resp Date: | 04/11/2018 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | 04/26/2018 | | |
|---|---|---|---|---|---|---|
| Name: | OMAR ANTONIO SANTOS | OMAR ANTONIO SANTOS | Name Flag: | S | S | S | U |
| SSN: | DOB: ▮▮▮ 1988 | ▮▮▮ 1988 | Second Name: | U | U | U |
| Curr Address: | 2333 W 74TH ST #205 MIAMI, FL | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different |
| | | | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Nicholas Greave |
| Account Name: | | | Phone: | (954) 321-5957 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: | ECOA: | 1 | | 1 | |
| Balance: Balance Date: | 644 | 04/11/2018 | 644 | 04/06/2018 | |
| Amt Past Due: | 644 | | 644 | | |
| Orig Delinq Date: | 02/24/2015 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 644 | | 644 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | | | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: Closed Date: | 03/29/2016 | | 03/29/2016 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | |
| Original Creditor: | **INPHYNET SOUTH BROWARD INC** | | INPHYNET SOUTH BROWARD INC. | | |
| Special Payment/Date/Amt: | | | | | |

| | Response History Grid | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |

SANTOS-EXP 000421

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | |
|---|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | | | 1399989675002 |
| SUBCODE: | 1976523 | ACCOUNT #: 81384▮▮▮▮ | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | | Office: | 1 | | |
|---|---|---|---|---|---|---|---|
| | | | | Date Sent: | 03/05/2018 | | |
| | | | | Date Due: | 03/22/2018 | | |
| REMARKS: | | | | Resp Date: | 03/07/2018 | | |
| | CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | **DNR Date:** | **03/22/2018** | | |
| Name: | OMAR ANTONIO SANTOS | | OMAR ANTONIO SANTOS | Name Flag: | S | S | S | U |
| SSN: ▮▮▮ DOB: | ▮▮▮▮▮▮ 1988 | | ▮▮▮▮▮▮ 1988 | Second Name: | U | U | U |
| Curr Address: | 2333 W 74 ST #205 MIAMI, FL | | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different | | |
| | | | | Prev Addr Flag: | Unknown | | |
| ZIP: | 33106 | | 33016 | SSN Flag: | Same | | |
| Prev Addr 1: | | | | DOB Flag: | Same | | |
| Prev Addr 2: | | | | Authorized Verifier: | Chinkere Anders | | |
| Account Name: | | | | Phone: | (954) 377-2368 | | |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | | DF Contact Phone #: | (844) 729-2772 | | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | | |
| Payment Rating: | | | | | | |
| CII: ECOA: | 1 | | | 1 | | |
| Balance: Balance Date: | 644 | 03/07/2018 | | 644 | 02/03/2018 | |
| Amt Past Due: | 644 | | | 644 | | |
| Orig Delinq Date: | 02/24/2015 | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | 644 | | | 644 | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: Act Pay: | | | | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | | | | | | |
| Open Date: Closed Date: | 03/29/2016 | | | 03/29/2016 | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | XB | | | XB | | |
| Type: Terms: Freq: | 48 | | | 48 | 001 | |
| Original Creditor: | INPHYNET SOUTH BROWARD INC | | | INPHYNET SOUTH BROWARD INC. | | |
| Special Payment/Date/Amt: | | | | | | |

| | | Response History Grid | | | | | | | | | | | | On-File History Grid | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |

SANTOS-EXP 000422

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 |
|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | 1399989675001 | |
| SUBCODE: | 1976523 | ACCOUNT #: 71670▓▓▓▓ | | | |
| | | SUBSCRIBER: Account Resolution Services | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 03/05/2018 |
| | | | Date Due: | 03/22/2018 |
| REMARKS: | | | Resp Date: | 03/07/2018 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | | |
|---|---|---|---|---|
| | | | **DNR Date:** | **03/22/2018** |
| Name: | OMAR ANTONIO SANTOS | OMAR SANTOS | Name Flag: | S U S U |
| SSN: | DOB: ▓▓▓▓1988 | ▓▓▓▓1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74 ST #205 | 2333 W 74TH ST APT 205 | Curr Addr Flag: | Different |
| | MIAMI, FL | MIAMI, FL | Prev Addr Flag: | DIFF/SUPP |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | 2333 W 74TH ST APT 205 HIALEAH FL 330166 | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified, Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | | |
| Act Status/Rating: | 93 | | | | | |
| Payment Rating: | | | | | | |
| CII: | ECOA: | 1 | | 1 | | |
| Balance: | Balance Date: | 1,190 | 03/07/2018 | 1,190 | 02/03/2018 | |
| Amt Past Due: | 1,190 | | 1,190 | | | |
| Orig Delinq Date: | 02/04/2012 | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | 1,190 | | 1,190 | | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: | Act Pay: | | | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | | | | | | |
| Open Date: | Closed Date: | 02/20/2013 | | 02/20/2013 | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | XB | | XB | | | |
| Type: | Terms: | Freq: | 48 | | 48 | 001 |
| Original Creditor: | **PARAGON CONTRACTING SERVICESI** | | PARAGON CONTRACTING SERVICES I | | | |
| Special Payment/Date/Amt: | | | | | | |

| | Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |

SANTOS-EXP 000423

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: 1 |
|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: Y |
| RUN TIME: | 14:30:02 | **Auto Response:** | 0174847960007 |
| SUBCODE: | 1976523 | ACCOUNT #: 71670▇▇▇ | |
| | | SUBSCRIBER: Account Resolution Services | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 08/28/2017 |
| | | | Date Due: | 09/13/2017 |
| REMARKS: | | | Resp Date: | 09/12/2017 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | | **DNR Date:** | **09/13/2017** | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | OMAR ANTONIO SANTOS | OMAR SANTOS | | Name Flag: | S | U | S | U |
| SSN: / DOB: | ▇▇▇ 988 | ▇▇▇ 1988 | | Second Name: | U | U | U | |
| Curr Address: | 2333 W 74TH ST #205 | 2333 W 74TH ST APT 205 | | Curr Addr Flag: | Different | | | |
| | MIAMI, FL | MIAMI, FL | | Prev Addr Flag: | DIFF/SUPP | | | |
| ZIP: | 33106 | 33016 | | SSN Flag: | Same | | | |
| Prev Addr 1: | | 2333 W 74TH ST APT 205 HIALEAH FL 330166 | | DOB Flag: | Same | | | |
| Prev Addr 2: | | | | Authorized Verifier: | Evana Casseus | | | |
| Account Name: | | | | Phone: | (954) 377-2404 | | | |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | | DF Contact Phone #: | (844) 729-2772 | | | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | | ON PROFILE | | | CONSUMER CLAIMS |
|---|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | | / COLL ACCT | | | |
| Act Status/Rating: | 93 | | | | | | |
| Payment Rating: | | | | | | | |
| CII: ECOA: | | 1 | | | 1 | | |
| Balance: Balance Date: | 1,190 | 08/31/2017 | | 1,190 | 08/05/2017 | | |
| Amt Past Due: | 1,190 | | | 1,190 | | | |
| Orig Delinq Date: | 02/04/2012 | | | | | | |
| Credit Limit/Orig Amt: | | | | | | | |
| High Credit Balance: | 1,190 | | | 1,190 | | | |
| Charge Off Amt: | | | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | 0 | | | | | |
| Portfolio Name: | | | | | | | |
| Date Last Pay: | | | | | | | |
| Open Date: Closed Date: | 02/20/2013 | | | 02/20/2013 | | | |
| Spec Comm Code: | | | | | | | |
| Cons Compl Code: | XB | | | XB | | | |
| Type: Terms: Freq: | 48 | | | 48 | 001 | | |
| Original Creditor: | **PARAGON CONTRACTING SERVICESI** | | | PARAGON CONTRACTING SERVICES I | | | |
| Special Payment/Date/Amt: | | | | | | | |

| Response History Grid | | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000424

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: | 1 |
|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y |
| RUN TIME: | 14:30:02 | **Auto Response:** | | 0174847960006 |
| SUBCODE: | 1976523 | ACCOUNT #: 8138■■■■ | | |
| | | SUBSCRIBER: Account Resolution Services | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. |
|---|---|

| | | | | | Office: | 1 |
|---|---|---|---|---|---|---|
| | | | | | Date Sent: | 08/28/2017 |
| | | | | | Date Due: | 09/13/2017 |
| REMARKS: | | | | | Resp Date: | 09/13/2017 |
| | CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | | **DNR Date:** | **09/13/2017** |
| Name: | OMAR ANTONIO SANTOS | | OMAR ANTONIO SANTOS | | Name Flag: | S S S U |
| SSN: | DOB: ■■■■ | 1988 | ■■■■ | 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74TH ST #205 | | 2333 W 74TH ST APT 205 | | Curr Addr Flag: | Different |
| | MIAMI, FL | | HIALEAH, FL | | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | | 33016 | | SSN Flag: | Same |
| Prev Addr 1: | | | | | DOB Flag: | Same |
| Prev Addr 2: | | | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | | |
| Act Status/Rating: | 93 | | | | | |
| Payment Rating: | | | | | | |
| CII: | ECOA: | 1 | | 1 | | |
| Balance: | Balance Date: | 644 | 09/01/2017 | 644 | 08/05/2017 | |
| Amt Past Due: | | 644 | | 644 | | |
| Orig Delinq Date: | | 02/24/2015 | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | | 644 | | 644 | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: | Act Pay: | 0 | 0 | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | | | | | | |
| Open Date: | Closed Date: | 03/29/2016 | | 03/29/2016 | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | | XB | | XB | | |
| Type: | Terms: | Freq: | 48 | 48 | 001 | |
| Original Creditor: | | **INPHYNET SOUTH BROWARD INC** | | INPHYNET SOUTH BROWARD INC. | | |
| Special Payment/Date/Amt: | | | | | | |

| Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000425

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | |
|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | | 3661930232003 |
| SUBCODE: | 1976523 | ACCOUNT #: 81384▮▮▮ | | | |
| | | SUBSCRIBER: Account Resolution Services | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 07/18/2017 |
| | | | Date Due: | 08/03/2017 |
| REMARKS: | | | Resp Date: | 07/24/2017 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | **08/03/2017** |
| Name: | OMAR ANTONIO SANTOS | OMAR ANTONIO SANTOS | Name Flag: | S S S U |
| SSN: ▮▮▮ DOB: ▮▮▮ 1988 | | ▮▮▮ 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74 ST #205 | 2333 W 74TH ST APT 205 | Curr Addr Flag: | Different |
| | HIALEAH, FL | HIALEAH, FL | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | Phone: | (954) 377-2368 |
| RESPONSE: | **24 - Change-Cons disp not specific: ID verified. Acct info verified** | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: ECOA: | | 1 | | 1 | |
| Balance: Balance Date: | 644 | 07/20/2017 | 644 | 07/01/2017 | |
| Amt Past Due: | 644 | | 644 | | |
| Orig Delinq Date: | 02/24/2015 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 644 | | 644 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | 0 | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: Closed Date: | 03/29/2016 | | 03/29/2016 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | |
| Original Creditor: | **INPHYNET SOUTH BROWARD INC** | | INPHYNET SOUTH BROWARD INC. | | |
| Special Payment/Date/Amt: | | | | | |

| | Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000426

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | |
|---|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | | 3661930232002 | |
| SUBCODE: | 1976523 | ACCOUNT #: 80732▮ | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | | Office: | 1 |
|---|---|---|---|---|---|
| | | | | Date Sent: | 07/18/2017 |
| | | | | Date Due: | 08/03/2017 |
| REMARKS: | | | | Resp Date: | 07/24/2017 |
| | CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | **DNR Date:** | 08/03/2017 |
| Name: | OMAR ANTONIO SANTOS | | OMAR ANTONIO SANTOS | Name Flag: | S S S U |
| SSN: | DOB: ▮▮▮ 1988 | | ▮▮▮ 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74 ST #205 | | 2333 W 74TH ST APT 205 | Curr Addr Flag: | Different |
| | HIALEAH, FL | | HIALEAH, FL | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | | DOB Flag: | Same |
| Prev Addr 2: | | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: | ECOA: | 1 | | 1 | |
| Balance: | Balance Date: | 1,457 | 07/20/2017 | 1,457 | 07/01/2017 |
| Amt Past Due: | 1,457 | | 1,457 | | |
| Orig Delinq Date: | 08/30/2014 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 1,457 | | 1,457 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: | Act Pay: | 0 | 0 | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: | Closed Date: | 10/29/2015 | | 10/29/2015 | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: | Terms: | Freq: | 48 | 48 | 001 |
| Original Creditor: | **PARAGON CONTRACTING SERVICESI** | | PARAGON CONTRACTING SERVICES I | | |
| Special Payment/Date/Amt: | | | | | |

Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

SANTOS-EXP 000427

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: 1 |
|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: Y |
| RUN TIME: | 14:30:02 | **Auto Response:** | 3661930232001 |
| SUBCODE: | 1976523 | ACCOUNT #: 71670■■■ | |
| | | SUBSCRIBER: Account Resolution Services | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. |
|---|---|

| | | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 07/18/2017 |
| | | | Date Due: | 08/03/2017 |
| REMARKS: | | | Resp Date: | 07/24/2017 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | **08/03/2017** |
| Name: | OMAR ANTONIO SANTOS | OMAR SANTOS | Name Flag: | S U S U |
| SSN: ■■■ | DOB: ■■■ 1988 | ■■■ 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74 ST #205 | 2333 W 74TH ST APT 205 | Curr Addr Flag: | Different |
| | HIALEAH, FL | MIAMI, FL | Prev Addr Flag: | DIFF/SUPP |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | 2333 W 74TH ST APT 205 HIALEAH FL 330166 | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

SANTOS-EXP 000428

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | CONSUMER CLAIMS |
|---|---|---|---|
| Acct Condition/Cumm Status: | | / COLL ACCT | |
| Act Status/Rating: | 93 | | |
| Payment Rating: | | | |
| CII: | ECOA: | 1 | 1 |
| Balance: | Balance Date: | 1,190 | 07/20/2017 | 1,190 | 07/01/2017 | |
| Amt Past Due: | 1,190 | 1,190 | |
| Orig Delinq Date: | 02/04/2012 | | |
| Credit Limit/Orig Amt: | | | |
| High Credit Balance: | 1,190 | 1,190 | |
| Charge Off Amt: | | | |
| Sch Monthly Pay: | Act Pay: 0 | 0 | |
| Portfolio Name: | | | |
| Date Last Pay: | | | |
| Open Date: | Closed Date: 02/20/2013 | 02/20/2013 | |
| Spec Comm Code: | | | |
| Cons Compl Code: | XB | XB | |
| Type: | Terms: | Freq: 48 | 48 | 001 | |
| Original Creditor: | **PARAGON CONTRACTING SERVICESI** | PARAGON CONTRACTING SERVICES I | |
| Special Payment/Date/Amt: | | | |

| Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: 1 |
|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response   DOCUMENT VIEWED: Y | |
| RUN TIME: | 14:30:02 | **Auto Response:** | 3525596508008 |
| SUBCODE: | 1976523 | ACCOUNT #: 71670 | |
| | | SUBSCRIBER: Account Resolution Services | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | I |
|---|---|---|---|---|
| | | | Date Sent: | 06/13/2017 |
| | | | Date Due: | 06/29/2017 |
| REMARKS: | | | Resp Date: | 06/23/2017 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | 06/29/2017 |
|---|---|---|---|---|
| Name: | OMAR ANTONIO SANTOS | OMAR SANTOS | Name Flag: | S U S U |
| SSN: DOB: | 1988 | 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74TH ST APT 205 HIALEAH, FL | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different |
| | | | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Ruth Melendez |
| Account Name: | | | Phone: | (954) 377-2332 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: ECOA: | 1 | | 1 | | |
| Balance: Balance Date: | 1,190 | 06/22/2017 | 1,190 | 06/03/2017 | |
| Amt Past Due: | 1,190 | | 1,190 | | |
| Orig Delinq Date: | 02/04/2012 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 1,190 | | 1,190 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | 0 | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: Closed Date: | 02/20/2013 | | 02/20/2013 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | |
| Original Creditor: | PARAGON CONTRACTING SERVICESI | | PARAGON CONTRACTING SERVICES I | | |
| Special Payment/Date/Amt: | | | | | |

Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

SANTOS-EXP 000429

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 |
|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | | 3525596508007 |
| SUBCODE: | 1976523 | ACCOUNT #: 81384 | | | |
| | | SUBSCRIBER: Account Resolution Services | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 06/13/2017 |
| | | | Date Due: | 06/29/2017 |
| REMARKS: | | | Resp Date: | 06/23/2017 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | 06/29/2017 | | |
|---|---|---|---|---|---|---|
| Name: | OMAR ANTONIO SANTOS | OMAR ANTONIO SANTOS | Name Flag: | S | S | S | U |
| SSN: / DOB: | 1988 | 1988 | Second Name: | U | U | U |
| Curr Address: | 2333 W 74TH ST APT 205 HIALEAH, FL | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different |
| | | | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Ruth Melendez |
| Account Name: | | | Phone: | (954) 377-2332 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: | ECOA: | 1 | | 1 | |
| Balance: | Balance Date: 644 | 06/22/2017 | 644 | 06/03/2017 | |
| Amt Past Due: | 644 | | 644 | | |
| Orig Delinq Date: | 02/24/2015 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 644 | | 644 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: | Act Pay: 0 | 0 | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: | Closed Date: 03/29/2016 | | 03/29/2016 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: | Terms: Freq: 48 | | 48 | 001 | |
| Original Creditor: | **INPHYNET SOUTH BROWARD INC** | | INPHYNET SOUTH BROWARD INC. | | |
| Special Payment/Date/Amt: | | | | | |

| | Response History Grid | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000430

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | | | |
|---|---|---|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | Y | | | | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | 3525596508006 | | | | |
| SUBCODE: | 1976523 | ACCOUNT #: 80732▮▮▮ | | | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | Office: | 1 |
|---|---|---|---|
| | | Date Sent: | 06/13/2017 |
| | | Date Due: | 06/29/2017 |
| REMARKS: | | Resp Date: | 06/22/2017 |
| | | **DNR Date:** | **06/29/2017** |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | | | | |
|---|---|---|---|---|---|---|
| Name: | OMAR ANTONIO SANTOS | OMAR ANTONIO SANTOS | Name Flag: | S | S | S | U |
| SSN: | DOB: ▮▮▮ 988 | ▮▮▮ /1988 | Second Name: | U | U | U |
| Curr Address: | 2333 W 74TH ST APT 205 HIALEAH, FL | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different |
| | | | Prev Addr Flag: | Unknown |
| ZIP: | 33106 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: ECOA: | 1 | | 1 | | |
| Balance: Balance Date: | 1,457 | 06/20/2017 | 1,457 | 06/03/2017 | |
| Amt Past Due: | 1,457 | | 1,457 | | |
| Orig Delinq Date: | 08/30/2014 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 1,457 | | 1,457 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | 0 | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: Closed Date: | 10/29/2015 | | 10/29/2015 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | |
| Original Creditor: | **PARAGON CONTRACTING SERVICESI** | | PARAGON CONTRACTING SERVICES I | | |
| Special Payment/Date/Amt: | | | | | |

| | Response History Grid | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000431

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: | 1 |
|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | 2852852887013 |
| SUBCODE: | 1976523 | ACCOUNT #: 71670▮▮▮▮ | | |
| | | SUBSCRIBER: Account Resolution Services | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 05/16/2017 |
| | | | Date Due: | 06/01/2017 |
| REMARKS: | | | Resp Date: | 05/26/2017 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | 06/01/2017 |
| Name: | OMAR ANTONIO SANTOS | OMAR SANTOS | Name Flag: | S U S U |
| SSN: ▮▮▮ DOB: ▮▮▮▮988 | | ▮▮▮ 1988 | Second Name: | U U U |
| Curr Address: | 2333 W 74TH ST #205 HIALEAH, FL | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different |
| | | | Prev Addr Flag: | Unknown |
| ZIP: | 33016 | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Sonnet One |
| Account Name: | | | Phone: | (954) 377-2459 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: ECOA: | 1 | | 1 | | |
| Balance: Balance Date: | 1,190 | 05/26/2017 | 1,190 | 05/06/2017 | |
| Amt Past Due: | 1,190 | | 1,190 | | |
| Orig Delinq Date: | 02/04/2012 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 1,190 | | 1,190 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | | 0 | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: Closed Date: | 02/20/2013 | | 02/20/2013 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | |
| Original Creditor: | PARAGON CONTRACTING SERVICESI | | PARAGON CONTRACTING SERVICES I | | |
| Special Payment/Date/Amt: | | | | | |

| | Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000432

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 |
|---|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | 2852852887010 | |
| SUBCODE: | 1976523 | ACCOUNT #: 81384▮▮▮▮ | | | |
| | | SUBSCRIBER: Account Resolution Services | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 05/16/2017 |
| | | | Date Due: | 06/01/2017 |
| REMARKS: | | | Resp Date: | 06/01/2017 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | **06/01/2017** |
| Name: | OMAR ANTONIO SANTOS | OMAR ANTONIO SANTOS | Name Flag: | S S S U |
| SSN: | DOB: ▮▮▮▮ 1988 | | Second Name: | U U U |
| Curr Address: | 2333 W 74TH ST #205 HIALEAH, FL | | Curr Addr Flag: | Same |
| | | | Prev Addr Flag: | Unknown |
| ZIP: | 33016 | | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Cumm Status: | | / COLL ACCT | | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: | ECOA: | | 1 | |
| Balance: | Balance Date: | 644 | 05/06/2017 | |
| Amt Past Due: | | 644 | | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | | | |
| High Credit Balance: | | 644 | | |
| Charge Off Amt: | | | | |
| Sch Monthly Pay: | Act Pay: | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | | | |
| Open Date: | Closed Date: | 03/29/2016 | | |
| Spec Comm Code: | | | | |
| Cons Compl Code: | XB | | | |
| Type: | Terms: Freq: | 48 | 001 | |
| Original Creditor: | | INPHYNET SOUTH BROWARD INC. | | |
| Special Payment/Date/Amt: | | | | |

| Response History Grid | | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000433

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | PAGE: | 1 |
|---|---|---|---|---|
| RUN DATE: | 12/10/2019 | ACDV Response | DOCUMENT VIEWED: | |
| RUN TIME: | 14:30:02 | **Auto Response:** | | 2852852887008 |
| SUBCODE: | 1976523 | ACCOUNT #: 80732■■■■ | | |
| | | SUBSCRIBER: Account Resolution Services | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 05/16/2017 |
| | | | Date Due: | 06/01/2017 |
| REMARKS: | | | Resp Date: | 06/01/2017 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | 06/01/2017 |
| Name: | OMAR ANTONIO SANTOS | OMAR SANTOS | Name Flag: | S \| U \| S \| U |
| SSN: ■■■■ DOB: ■■■■ 1988 | | | Second Name: | U \| U \| U |
| Curr Address: | 2333 W 74TH ST #205 | | Curr Addr Flag: | Same |
| | HIALEAH, FL | | Prev Addr Flag: | Unknown |
| ZIP: | 33016 | | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Luz Taveras Tem |
| Account Name: | | | Phone: | (954) 377-2410 |
| RESPONSE: | 01 - Account information accurate as of date reported. | | DF Contact Phone #: | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | CONSUMER CLAIMS |
|---|---|---|---|
| Acct Condition/Cumm Status: | | / COLL ACCT | |
| Act Status/Rating: | | | |
| Payment Rating: | | | |
| CII: ECOA: | | 1 | |
| Balance: Balance Date: | | 1,457  05/06/2017 | |
| Amt Past Due: | | 1,457 | |
| Orig Delinq Date: | | | |
| Credit Limit/Orig Amt: | | | |
| High Credit Balance: | | 1,457 | |
| Charge Off Amt: | | | |
| Sch Monthly Pay: Act Pay: | | | |
| Portfolio Name: | | | |
| Date Last Pay: | | | |
| Open Date: Closed Date: | | 10/29/2015 | |
| Spec Comm Code: | | | |
| Cons Compl Code: | | XB | |
| Type: Terms: Freq: | | 48  001 | |
| Original Creditor: | | PARAGON CONTRACTING SERVICES I | |
| Special Payment/Date/Amt: | | | |

Response History Grid | On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

SANTOS-EXP 000434

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | |
|---|---|---|---|---|---|
| RUN DATE: | 09/13/2017 | ACDV Response | DOCUMENT VIEWED: | Y | |
| RUN TIME: | 14:02:16 | Auto Response: Printed - DF_Contact | | | 0174847960005 |
| SUBCODE: | 1976523 | ACCOUNT #: 80732▮▮▮▮ | | | |
| | | SUBSCRIBER: Account Resolution Services | | | |

SANTOS-EXP 000435

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | | Office: | 1 |
|---|---|---|---|---|---|
| | | | | Date Sent: | 08/28/2017 |
| | | | | Date Due: | 09/13/2017 |
| REMARKS: | | | | Resp Date: | 09/13/2017 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | | |
|---|---|---|---|---|
| Name: | OMAR ANTONIO SANTOS | OMAR ANTON SANTOS | DNR Date: | 09/13/2017 |
| | | | Name Flag: | S X S U |
| SSN: ▮▮▮ DOB: ▮▮/▮▮/1988 | | ▮▮/▮▮/1988 | Second Name: | U U U |
| Curr Address: 2333 W 74TH ST #205 MIAMI, FL | | 2333 W 74TH ST APT 205 HIALEAH, FL | Curr Addr Flag: | Different |
| | | | Prev Addr Flag: | Unknown |
| ZIP: 33106 | | 33016 | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Maria Alvarez |
| Account Name: | | | Phone: | (954) 377-2574 |
| RESPONSE: | 24 - Change-Cons disp not specific; ID verified, Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII: ECOA: | 1 | | 1 | | |
| Balance: Balance Date: | 1,457 | 09/01/2017 | 1,457 | 08/05/2017 | |
| Amt Past Due: | 1,457 | | 1,457 | | |
| Orig Delinq Date: | 08/30/2014 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 1,457 | | 1,457 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | 0 | | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date: Closed Date: | 10/29/2015 | | 10/29/2015 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | |
| Original Creditor: | PARAGON CONTRACTING SERVICESI | | PARAGON CONTRACTING SERVICES I | | |
| Special Payment/Date/Amt: | | | | | |

Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |