# EXHIBIT 10

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: | 1 | | |
|---|---|---|---|---|---|---|---|
| RUN DATE: | 02/21/2018 | ACDV Response | | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 08:30:10 | Auto Response: | | | | | 2047090252001 |
| SUBCODE: | 1976523 | ACCOUNT #: 71788▓▓▓▓ | | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | Office: | 1 |
|---|---|---|---|
| | | Date Sent: | 05/09/2017 |
| | | Date Due: | 05/25/2017 |
| REMARKS: | | Resp Date: | 05/24/2017 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 05/25/2017 | | | |
|---|---|---|---|---|---|---|---|
| Name: | AMANDA CLEMENTS | AMANDA J CLEMENTS | Name Flag: | S | X | S | U |
| SSN: | DOB: ▓▓▓ /1980 | ▓▓▓ 1980 | Second Name: | U | U | U | |
| Curr Address: | 2814 PICKETT DR | 2720 MASSEY TOMPKINS RD APT 30 | Curr Addr Flag: | Different | | | |
| | LEAGUE CITY, TX | BAYTOWN, TX | Prev Addr Flag: | DIFF/SUPP | | | |
| ZIP: | 77573 | 77521 | SSN Flag: | Same | | | |
| Prev Addr 1: | | 2720 MASSEY TOMPKINS APT 30 BAYTOWN TX 7 | DOB Flag: | Same | | | |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders | | | |
| Account Name: | | | Phone: | (954) 377-2368 | | | |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified. Acct info verified | | DF Contact Phone #: | (844) 729-2772 | | | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | | |
| Act Status/Rating: | 93 | | | | | |
| Payment Rating: | | | | | | |
| CII: ECOA: | | 1 | | 1 | | |
| Balance: Balance Date: | 350 | 05/22/2017 | 350 | 05/06/2017 | | |
| Amt Past Due: | 350 | | 350 | | | |
| Orig Delinq Date: | 01/31/2012 | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | 350 | | 350 | | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: Act Pay: | 0 | 0 | | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | | | | | | |
| Open Date: Closed Date: | 03/25/2013 | | 03/25/2013 | | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | XB | | | | | |
| Type: Terms: Freq: | 48 | | 48 | 001 | | |
| Original Creditor: | ACS PRIMARY CARE PHYS SW PA | | ACS PRIMARY CARE PHYS SW PA | | | |
| Special Payment/Date/Amt: | | | | | | |

| Response History Grid | | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

CLEMENTS-EXP 000239

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | | | |
|---|---|---|---|---|---|---|---|
| RUN DATE: | 02/21/2018 | ACDV Response | | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 08:30:10 | Auto Response: | | | | | 0305693470002 |
| SUBCODE: | 1976523 | ACCOUNT #: 71788▓▓▓▓ | | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | | |

| DISPUTE REASON: | 012 - Claims paid the original creditor before collection status or paid before charge-off. | | | Office: | 1 | | |
|---|---|---|---|---|---|---|---|
| | | | | Date Sent: | 07/05/2017 | | |
| | | | | Date Due: | 07/23/2017 | | |
| REMARKS: | | | | Resp Date: | 07/17/2017 | | |
| | CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | DNR Date: | 07/23/2017 | | |
| Name: | AMANDA CLEMENTS | | AMANDA J CLEMENTS | Name Flag: | S | X | S | U |
| SSN: | DOB: | ▓▓▓▓ | (▓▓)1980 | ▓▓▓▓ | ▓▓1980 | Second Name: | U | U | U |
| Curr Address: | 2814 PICKETT DR | | 2720 MASSEY TOMPKINS RD APT 30 | Curr Addr Flag: | Different | | |
| | LEAGUE CITY, TX | | BAYTOWN, TX | Prev Addr Flag: | DIFF/SUPP | | |
| ZIP: | 77573 | | 77521 | SSN Flag: | Same | | |
| Prev Addr 1: | | | 2720 MASSEY TOMPKINS APT 30 BAYTOWN TX 7 | DOB Flag: | Same | | |
| Prev Addr 2: | | | | Authorized Verifier: | Maria Alvarez | | |
| Account Name: | | | | Phone: | (954) 377-2574 | | |
| RESPONSE: | 22 - Change-Disp acct info. Additional acct info. Was also updated | | | DF Contact Phone #: | (844) 729-2772 | | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | | ON PROFILE | | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | | / COLL ACCT | | | | |
| Act Status/Rating: | 93 | | | | | | | |
| Payment Rating: | | | | | | | | |
| CII: | ECOA: | | 1 | | 1 | | | |
| Balance: | Balance Date: | 350 | 07/11/2017 | 350 | 07/01/2017 | | | |
| Amt Past Due: | 350 | | | 350 | | | | |
| Orig Delinq Date: | 01/31/2012 | | | | | | | |
| Credit Limit/Orig Amt: | | | | | | | | |
| High Credit Balance: | 350 | | | 350 | | | | |
| Charge Off Amt: | | | | | | | | |
| Sch Monthly Pay: | Act Pay: | 0 | 0 | | | | | |
| Portfolio Name: | | | | | | | | |
| Date Last Pay: | | | | | | | | |
| Open Date: | Closed Date: | 03/25/2013 | | 03/25/2013 | | | | |
| Spec Comm Code: | | | | | | | | |
| Cons Compl Code: | XB | | | XB | | | | |
| Type: | Terms: | Freq: | 48 | | 48 | 001 | | |
| Original Creditor: | ACS PRIMARY CARE PHYS SW PA | | | ACS PRIMARY CARE PHYS SW PA | | | | |
| Special Payment/Date/Amt: | | | | | | | | |

| | Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

CLEMENTS-EXP 000240

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | | |
|---|---|---|---|---|---|---|
| RUN DATE: | 02/21/2018 | ACDV Response | DOCUMENT VIEWED: | Y | | |
| RUN TIME: | 08:30:10 | Auto Response: | | | | 2455468692001 |
| SUBCODE: | 1976523 | ACCOUNT #: 717889■■■ | | | | |
| | | SUBSCRIBER: Account Resolution Services | | | | |

| DISPUTE REASON: | 112 - Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 08/10/2017 |
| | | | Date Due: | 08/27/2017 |
| REMARKS: | | | Resp Date: | 08/22/2017 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 08/27/2017 |
| Name: | AMANDA CLEMENTS | AMANDA J CLEMENTS | Name Flag: | S X S U |
| SSN: DOB: | ■■■/1980 | ■■■1980 | Second Name: | U U U |
| Curr Address: | 2814 PICKETT DR | 2814 PICKETT DR | Curr Addr Flag: | Same |
| | LEAGUE CITY, TX | LEAGUE CITY, TX | Prev Addr Flag: | DIFF/SUPP |
| ZIP: | 77573 | 77573 | SSN Flag: | Same |
| Prev Addr 1: | | 2720 MASSEY TOMPKINS RD APT 30 BAYTOWN T | DOB Flag: | Same |
| Prev Addr 2: | | | Authorized Verifier: | Chinkere Anders |
| Account Name: | | | Phone: | (954) 377-2368 |
| RESPONSE: | 24 - Change-Cons disp not specific: ID verified, Acct info verified | | DF Contact Phone #: | (844) 729-2772 |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | |
| Act Status/Rating: | 93 | | | | |
| Payment Rating: | | | | | |
| CII:   ECOA: | 1 | | 1 | | |
| Balance:  Balance Date: | 350 | 08/18/2017 | 350 | 07/11/2017 | |
| Amt Past Due: | 350 | | 350 | | |
| Orig Delinq Date: | 01/31/2012 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | 350 | | 350 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay:  Act Pay: | 0 | 0 | | 0 | |
| Portfolio Name: | | | | | |
| Date Last Pay: | | | | | |
| Open Date:  Closed Date: | 03/25/2013 | | 03/25/2013 | | |
| Spec Comm Code: | | | | | |
| Cons Compl Code: | XB | | XB | | |
| Type:  Terms:  Freq: | 48 | | 48 | 001 | |
| Original Creditor: | ACS PRIMARY CARE PHYS SW PA | | ACS PRIMARY CARE PHYS SW PA | | |
| Special Payment/Date/Amt: | | | | | |

| Response History Grid | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | |

CLEMENTS-EXP 000241