# EXHIBIT 11

Product sheet



# Credit Profile Report
Precise data. Unsurpassed file coverage.

You can't make the best decisions if you don't have the best information. That's where we come in. With Experian's Credit Profile Report, you get everything you need to deliver the most profitable results. Accurate, current, complete data — and the peace of mind that comes with it.

Unparalleled accuracy. Superior data quality. Comprehensive profile information on more than 220 million credit-active consumers. Experian's Credit Profile Report gives you what you need to:

- **Acquire new business —** Make decisions about new customers and new accounts quickly and accurately.
- **Manage customers —** Monitor, evaluate and make decisions based on real-time updates to customer profiles.
- **Maximize collections —** Identify potential fraud and take action where your recovery chances are greatest.

## Harness the power of File One℠
With Credit Profile Report, you gain unique access to the data from Experian's File One℠ — the most comprehensive nationwide credit database available.

- **Complete —** File One holds current credit information on more than 220 million credit-active consumers.
- **Accurate —** High-integrity, current information.
- **Easy to read —** Our format groups similar data elements together for faster analysis.
- **Flexible —** You can choose your display format.

Our industry leading match logic ensures more complete files and more accurate hit rates, saving you time and money by eliminating multiple inquiries and manual searches for data. Take a look at a sample Credit Profile Report on the following pages.

## Credit Profile Report
Files on nearly 220 million credit-active consumers nationwide are maintained in the Experian database. Your inquiry initiates a search of this database that produces an applicant's credit history — the Credit Profile Report. An illustration and description of a sample Profile Report follows.

Product sheet
# Credit Profile Report

### Inquiry Sample

```
TCA1
RTS 3122250X1J CONSUMER,JONATHAN QUINCY 999999990;
CONSUMER,NANCY CHRISTINE 123456789;
CA-10665 NORTH BIRCH STREET/BURBANK CA 91502, PH-714.555.1111, DL-CA 9876543;
PA-1314 SOPHIA LANE APT #3/SANTA ANA CA 92708-5678, Y-1976, T-04048060;
E-AJAX HARDWARE/2035 BROADWAY SUITE 300/LOS ANGELES CA 90019
```

### Credit Profile Report

**A**
```
TCA1

RTS1234567ABC─[a]                    CONSUMER,JONATHAN QUINCY─[b]    999999990;─[c]

CONSUMER,NANCY CHRISTINE       123456789;─[d]

CA-10665 NORTH BIRCH STREET/BURBANK CA 91502,─[e]  PH-714.555.1111,─[f]  DL-CA 9876543;─[g]

PA-1314 SOPHIA LANE APT #3/SANTA ANA CA 92708-5678,─[h]   Y-1976,─[i]    T-04048060;─[j]

E-AJAX HARDWARE/2035 BROADWAY SUITE 300/LOS ANGELES CA 90019─[k]
```

**B**
```
  PAGE 1    DATE  5-03-2017  TIME 13:14:37  V501   TCA1─[1]

[2]─JONATHAN QUINCY CONSUMER   [6]─SS: 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   [8]─E: AJAX HARDWARE
    10655 N BIRCH ST                  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*     2035 BROADWAY SUITE 300
    BURBANK CA 91502-1234             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*     LOS ANGELES CA 90019
    RPTD: 4-10 TO 1-16 U   3X  [7]─DOB: 4/29/1976      RPTD:  6-15 I
    LAST SUB: 1220855─[3]
                                                   [9]─E: BELL AUTOMOTIVE
[4]─1314 SOPHIA LN APT 3                               111 MAIN STREET
    SANTA ANA CA 92708-5678                            BURBANK CA 91503
    RPTD: 1-07 U   1X                                  RPTD: 5-06 TO 11-13 I

[5]─*2600 BOWSER ST #312
    LOS ANGELES CA 90017-9876
    RPTD: 9-05 I

[10]─*JACK CONSUMER, JOHN SMITH, JONATHAN SMITH JONES JR
```

**C**
```
  ------------------------------ DEMOGRAPHICS --------------------------------
  PH: 818.555.1111 UR      PH: 706.555.9876 IB       PH: 213.555.1234 UB
  GEO: 35 123 456789 0 1234
```

CONFIDENTIAL                                                          SANTOS-EXP002904

Product sheet
## Credit Profile Report

### Inquiry (A)
a. Subscriber number and password.
b. Consumer's name.
c. Social Security number (SSN).
d. Spouse's name and SSN.
e. Current address.
f. Telephone number.
g. Driver's license number.
h. Previous address.
i. Year of birth.
j. Type of terms and amount.
k. Employment.

**Reminder:** To ensure compliance with the Fair Credit Reporting Act, reasonable care should be taken to input accurate identification belonging to the consumer when requesting services.

### Consumer Identifying Information (B)
1. A code that identifies the **Experian or credit reporting agency office** nearest to the consumer's current address. Used for consumer referrals.
2. **Consumer's name and address**, including time frame reported, source and number of subscribers reporting the address.
   U = Update tape
   I = Inquiry
   M = Manual data
   P = PDS — Experian's proprietary data source
3. **Last subscriber** reporting the consumer at his or her current address.
4. Consumer's **previous addresses** (up to 2) with source, in order by reliability of source.
5. An **asterisk** preceding any address indicates the address did not match inquiry address.
6. Consumer's **Social Security number and other Social Security numbers** reported on the consumer's file, in descending order based on number of occurrences reported; asterisk denotes any SSN not matching inquiry input SSN.
7. Consumer's **year of birth or date of birth**.
8. **Employer's name and address**, including time frame reported and source.
   U = Update tape.
   I = Inquiry.
9. **Previous employer's name and address**, with time frame reported and source.
10. **Alternate names** such as different, previous surnames or nicknames associated with the consumer's file.

### Demographics (C)
Demographics contains the consumer's telephone number (including source and phone type):
R = Residential.
C = Cellular.
P = Pager.
Also includes GEO code of the current address.

CONFIDENTIAL                                                                                            SANTOS-EXP002905

Product sheet
# Credit Profile Report

**Credit Profile Report (continued)**

```
-------------------------- FRAUD SHIELD SUMMARY ----------------------------
INPUT SSN RECORDED AS DECEASED        INQ:  PHONE ANSWERING SERVICE:
DOB: 4-29-1976 DOD: 3-30-2014               ABC ANSWER-ALL
INPUT SSN ISSUED 1975-1976                  10655 N BIRCH ST
TELEPHONE NUMBER INCONSISTENT W/ADDRESS     BURBANK CA 91502
FROM 12-01-15 INQ COUNT FOR SSN=5           818.555.1212
FROM 12-01-15 INQ COUNT FOR ADDRESS=15
                                      FILE: COMMERCIAL BUSINESS ADDRESS:
                                            J&J INVESTMENTS
                                            2600 BOWSER STREET #312
                                            LOS ANGELES CA 90017
                                            213.555.2222
```

```
--------------------------- PROFILE SUMMARY --------------------------------
                                                       CNT 05/03/05/23
PUBLIC RECORDS-------3  PAST DUE AMT----$3,644  INQUIRIES---3  SATIS ACCTS---6
INSTALL BAL----$27,750  SCH/EST PAY-----$1,327  INQS/6 MO---3  NOW DEL/DRG---2
R ESTATE BAL--$263,551  R ESTATE PAY----$1,887  TRADELINE--10  WAS DEL/DRG---2
REVOLVNG BAL----$2,123  REVOLVNG AVAIL-----77%  PAID ACCT---1  OLD TRADE-12-99
```

```
---------------------------- SCORE SUMMARY ---------------------------------
VANTAGESCORE                      =  611    SCORE FACTORS:  91, 50, 12, 31
RSC BANKRUPTCY PLUS               =  320    SCORE FACTORS:  84, 60, 91, 57
```

```
---------------------------- PUBLIC RECORDS --------------------------------
*SO CALIF DISTRICT COURT    6-21-13   7-01-14   3011111    $12,450   CO LIEN REL
 C#: 45078321                   1    BP: B476P2109

*COUNTY SPR CT SANTA ANA    9-19-15             3019999    $1,200    CIV CL JUDG
 D#: 7505853                    1    PLAINTIFF:  ALLIED COMPANY
 BP: B1234P50987

*U S BANKRUPTCY COURT       6-12-10   1-15-11   3009999    $129,803-L   BK 7-PETIT
 D#: 35054539906234561           2                         $85,500-A    VOLUN
```

```
-------------------------------- TRADES ------------------------------------
 SUBSCRIBER                 OPEN     AMT-TYP1   AMT-TYP2  ACCTCOND    PYMT STATUS
 SUB#   KOB TYP TRM ECOA BALDATE     BALANCE    PYMT LEVEL MOS REV    PYMT HISTORY
                         LAST PD     MONTH PAY  PAST DUE  MAXIMUM     BY MONTH

*CREDIT AND COLLECTION    10-13      $1,590-O                         COLLACCT
 3980999 YC UNK UNK   2   2-25-16    $1,590     11-13     (28)        GGGG-GGGGG-GG
 98E543182136                                              11-13/G    GGGGGGGG-G--
 ORIGINAL CREDITOR:  MEDICAL PAYMENT DATA
 **ACCOUNT INFORMATION DISPUTED BY CONSUMER**
 **DEBT BEING PAID THROUGH INSURANCE**
```

## Fraud Shield℠ Summary (D)
Fraud Shield℠ Summary contains messages related to the Fraud Shield fraud prevention services.

## Profile Summary (E)
Profile Summary contains 17 significant calculations from the Credit Profile Report.

## Score Summary (F)
Risk model scores are generated if you use Experian's credit risk models.

## Public Records (G)
Public record information consists of bankruptcies, liens and civil actions against a consumer.

11. Reporting **court's name**.
12. Original **filing date** with court.
13. **Status date** if status is satisfied, released, vacated, discharged or dismissed.
14. Reporting **court's subscriber number.**
15. **Amount** of public record.
16. **Type** of public record.
17. **Certificate ID** or **docket number.**
18. Code describing the **consumer's association** to the public record item per the Equal Credit Opportunity Act.
19. **Book** and **page number.**
20. **Plaintiff's name**.
21. **Liability** and **asset amounts** for bankruptcies only.
22. **Voluntary indicator** only; may display as VOLUN if consumer voluntarily dismissed bankruptcy.

## Trades (H) (continued on next page with sample report)
Any or all of the following information may appear if provided by a subscriber:

a. **Original credit grantor name for third-party collection agency tradelines.**
b. **Balloon payment information (date and amount) or deferred payment start date for deferred loans.**

23. **Compliance condition code** reported by a subscriber to distinguish accounts that are "Closed by Consumer" and/or "Disputed Accounts."
24. **Special comments** reported by a subscriber to distinguish accounts that may require special handling.
25. "**D**" indicates the terms of the loan have been deferred to a future date.
c. **Mortgage Identification Number (MIN) for mortgage tradelines.**
26. An **asterisk** preceding public record information or a tradeline indicates that information may need further review.
27. Reporting **subscriber's name**.
28. Reporting **subscriber's number**.
29. **KOB** (Kind of Business) code describes a subscriber's business. The first letter designates an industry, the second more narrowly defines a subscriber's business.
30. **Type** of account.
31. **Terms** of account.
32. Code describing **consumer's association** to the account per the Equal Credit Opportunity Act.
33. Consumer's **account number**.
34. **Date** the account was **opened**.
35. **Balance date** is the date of the subscriber's reported update on account.
36. **Date** of consumer's **last payment** on the account.
37. **Amount** of the loan or credit established.
38. Indicates if the amount is an original loan **(O)**, credit limit **(L)**, high balance **(H)**, initial charge-off **(C)** or unknown (**blank**).
39. **Current balance** on the account.
40. **Payment amount** the consumer is scheduled to pay on the account.
41. **Payment level date** is the current status date.
42. The **amount past due** for the account.
43. The **account condition** indicates the current condition of account.

Product sheet
# Credit Profile Report

**Credit Profile Report (continued)**

```
   HEMLOCKS                     2-15     $2,000-L             OPEN      CURR ACCT
   2313849 DV ISC 024-D 3     6-10-16    $2,000     2-15      (17)  NNNNNNNNNNNNN
   8285103111261                                                       NNNN
 b DEFERRED PAYMENT START DATE; 03/01/2017

   *CENTRAL BANK                9-16    $21,424-O             OPEN      DELINQ 30
   1132912 BI AUT  59    1    2-28-17    $19,814    2-17      ( 6)  1CCCCC
   23802654388                            $400       $400

   *MOUNTAIN BANK              10-12    $43,337-O             OPEN    60 4+ TIMES
   1119999 BI SEC  60    2    4-06-16    $4,346     4-16      (42) 21-1C1C111CC2
   3562A019732534             2-16       $827      $1,654        11-13/1  2211CC211111

   *BAY COMPANY                 6-05    $1,730-L   $2,437-H  BK7PET     CHARGOFF
   2390446 DC CHG REV    1    7-07-10    $0         7-10      (62) 9LL665432121C
   525556601                 10-09                                   CCCCCCCCCCC
 c MIN: 1234456789012345678

   EMPLOYEES CREDIT UNION       6-12   $12,500-L  $10,659-H   OPEN      CURR ACCT
   1220855 BC CRC REV    2    3-24-16    $0         3-16      (46) 0CCCCCCCCCCC
   5396258022578             10-15                                  CCCCCCCCCCC

   STATE BANK                  12-99   $15,000-L   $8,479-H   OPEN      CURR ACCT
   1299987 BC CRC REV    1    2-27-16    $2,123     2-16      (50) CCCCCCCCCCCC
   4271008232                 2-16       $100-A                     CCCCC000CCCC
 d PURCHASED PORTFOLIO FROM: SOUTHWEST BANK

   ------------------------------- INQUIRIES ---------------------------------
   HEMLOCKS              01-05-17   2313849 DC
   BAY COMPANY           12-03-16   2390446 DC    $1,500 CHG REV
   HILLSIDE BANK         10-21-16   2240679 BC

   ------------------------------- MESSAGES ----------------------------------
   *CONSUMER STATEMENT* 06& 01-20-2017
    ID FRAUD VICTIM ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME
    OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY
    OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME
    PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 555-555-5555 OR
    EVENING 555-555-5555. THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS
    BEGINNING 01-20-24.

    CONSUMER ASSISTANCE CONTACT: EXPERIAN
    701 EXPERIAN PARKWAY, PO BOX 2002, ALLEN, TX 75013   888.397.3742



   END -- EXPERIAN
```

Product sheet
## Credit Profile Report

44. **Months reviewed** indicates the total number of months history has been maintained for the account.

45. **Maximum delinquency and payment** code represent the worst delinquency that occurred outside of the payment grid.

46. **Payment status** comments reflect the payment history of the account as of the balance date.

47. **Consumer's payment history** during the past 25 months beginning with the month represented by the balance date. The codes reflect the status of the account for each month and are displayed for balance reporting subscribers only:

C  Current.

N  Current account/Zero balance — no update tape received for this trade.

0  Current account/Zero balance — reported on update tape.

1  30 days past the due date.

2  60 days past the due date.

3  90 days past the due date.

4  120 days past the due date.

5  150 days past the due date.

6  180 days past the due date.

7  Chapter 13 Bankruptcy (Petitioned, Discharged, Reaffirmation of debt rescinded).

8  Foreclosure proceeding, deed in lieu.

9  Chapter 7, 11 or 12 Bankruptcy (Petitioned, Discharged, Reaffirmation of debt rescinded).

G  Collection H Foreclosure.

J  Voluntary surrender K Repossession.

L  Charge-off.

B  Account condition change, payment code not applicable.

-  (dash) No history reported for that month.

**Blank** No history maintained; see payment status comment

48  Two amounts may display. Indicates the account has a $12,500 (L)imit and the (H)ighest balance was $10,659.

49  **Actual monthly payment** is indicated by the "-A" directly after the monthly payment amount; represents the actual payment amount received by the lender for that reporting period.
**Scheduled monthly payment** is implied if there is no "-A". This amount represents the scheduled monthly payment amount as reported by the lender for that reporting period.

d.  **Portfolio "Sold To:" or "Purchased From:" name.**

### Inquiries (I)
Inquiries indicate that a Credit Profile Report was received on that date by the subscriber listed. Inquiring subscriber name, number and KOB are shown. Type, terms and amount may display and are from the subscriber's inquiry input.

### Messages (J)
The Messages section may include general consumer statements and informational or other special messages. Consumer statements relating to a tradeline or public record item appear directly after the item.

50  Name, address and telephone number of **Experian's consumer assistance office or credit reporting agency** nearest to the consumer's current address. Use for consumer referrals. Display is elective; contact your Experian sales representative.



**Experian**
**475 Anton Blvd.**
**Costa Mesa, CA 92626**
**T: 1 888 414 1120**
**www.experian.com**

© 2017 Experian Information Solutions, Inc. • All rights reserved

Experian and the Experian marks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc. Other product and company names mentioned herein are the property of their respective owners.

07/17 • 1224/1369 • 1092-CIS

CONFIDENTIAL                                                                                           SANTOS-EXP002910