# EXHIBIT 13

July 27, 2017

ATTN: Dispute Department

Re: ARS Account #71870
#80732
#81364

Dispute by: Omar Santos
2333 W 74th St. #205
Miami, FL 33016
My DOB: 988
MY SSN:

Hello:

I think the above listed account is not accurate. I think it has been re-aged. Please investigate and fix or delete.

Thanks,

Omar santos


EXHIBIT