# EXHIBIT 14



# Mail Correspondence

# Stamp date:

# August 4, 2017

CLEMENTS-EXP 000012

July 26, 2017

ATTN: Dispute Department

Re: ARS Account #71788
#72822

Dispute by:   Amanda Clements
2814 Pickett Drive
League City, TX 77573
My DOB:       ▮▮▮▮ 980
MY SSN:       ▮▮▮▮▮▮▮

Hello:

    I think the above listed account is not accurate. I think it has been re-aged. Please investigate and fix or delete.

Thanks,

Amanda Clements



NORTH TEXAS TX P&DC
DALLAS TX 750
02 AUG 2017 PM 8 L

Amanda Clements
2814 Pickett Drive
League City, TX 77573

EXPERIAN
ATTN: CONSUMER SERVICES CENTER
PO BOX 4500
ALLEN, TX 75013

75013-131100

CLEMENTS-EXP 000014