# EXHIBIT 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 1:19-cv-23084-KMW |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORIES 1, 4 AND 5**

Pursuant to Federal Rule of Civil Procedure 33, Defendant Experian Information Solutions, Inc. ("Experian") hereby provides its second supplemental responses to Plaintiffs Omar Santos and Amanda Clements's ("Plaintiffs") Interrogatories 1, 4, and 5 ("Interrogatories').

**PRELIMINARY STATEMENT**

Experian has made a diligent and good faith effort to gather the documents and information with which to respond to Plaintiffs' Interrogatories. Discovery in this matter is ongoing and Experian continues its investigation of this matter. Notwithstanding these continuing efforts, the responses to the Interrogatories are given without prejudice to and with the express reservation of Experian's right to supplement or modify its responses to the extent required by applicable law to incorporate later discovered information, and to rely upon any and

**Confidential – Subject to Protective Order.**

all such documents at trial or otherwise.  Likewise, Experian shall not be prejudiced if any of its present responses are based on an incomplete knowledge or comprehension of the facts, events, or occurrences involved in this matter.

Experian also has responded to Plaintiffs' Interrogatories based on Experian's best, good faith understanding and interpretation of each item therein.  Accordingly, if Plaintiffs subsequently assert a different interpretation than that presently understood by Experian, Experian expressly reserves the right to supplement or amend these responses.

Finally, Experian's responses herein do not constitute admissions or acknowledgments that the documents or information sought are within the proper scope of discovery.  Nor shall a statement that documents will be produced constitute an admission that such documents in fact exist.  Instead, it only shall mean that, if responsive documents exist and survive the specific objections, they will be produced.  An objection to producing documents does not mean that documents otherwise responsive to a particular demand in fact exist.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Experian incorporates its Objections to Definitions and Instructions set forth in its Amended and Supplemental Responses to Plaintiffs' Interrogatories served on January 24, 2020 as if fully set forth herein.

**SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO INTERROGATORIES**
**INTERROGATORY NO. 1:**

Identify the total number of consumers nationwide HRRG reported accounts on to You between July 24, 2017 and the present.

[REDACTED]

**Confidential – Subject to Protective Order.**



**Confidential – Subject to Protective Order.**

<13>
</13>
<5>
</5>

**INTERROGATORY NO. 4:**

Of those consumers identified in response to Interrogatory Number 1, identify the total number of consumers who had or have accounts in which the Date of Status on those consumers' Experian Credit Files was changed and/or altered, to reflect a more recent Date of Status on the accounts.



**Confidential – Subject to Protective Order.**



**Confidential – Subject to Protective Order.**



**INTERROGATORY NO. 5:**

Of those consumers identified in response to Interrogatory Number 4, identify the total number of consumers whose Experian Credit Files were viewed by third parties as hard and/or soft inquiries after the Date of Status was changed and/or altered on their Experian Credit Files to reflect a more recent Date of Status.



**Confidential – Subject to Protective Order.**



Confidential – Subject to Protective Order.



**Confidential – Subject to Protective Order.**

Dated: May 8, 2020                                    Respectfully submitted,

                                                                                                 */s/ William R. Taylor*
                                                  A.M. Cristina Pérez Soto
                                                  Florida Bar No. 96692
                                                  Christina T. Mastrucci
                                                  Florida Bar No. 113013
                                                  **JONES DAY**
                                                  600 Brickell Avenue, Suite 3300
                                                  Miami, Florida 33131
                                                  Telephone: (305) 714-9700
                                                  Facsimile: (305) 714-9799
                                                  E-mail: cperezsoto@jonesday.com
                                                  E-mail: cmastrucci@jonesday.com

                                                  William R. Taylor (*pro hac vice*)
                                                  Alexander G. Hughes (*pro hac vice*)
                                                  **JONES DAY**
                                                  717 Texas, Suite 3300
                                                  Houston, TX  77002
                                                  Telephone: (832) 239-3939
                                                  Facsimile: (832) 239-3600
                                                  Email: wrtaylor@jonesday.com
                                                  Email: ahughes@jonesday.com

                                                  *Attorneys for Defendant*
                                                  *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2020, I served the foregoing on all counsel or parties of record via email.

                                                  */s/ A.M. Cristina Pérez Soto*
                                                  A.M. Cristina Pérez Soto

**Confidential – Subject to Protective Order.**

## VERIFICATION

I have read Defendant Experian Information Solutions, Inc.'s, Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories and know their contents.

I am the Director of Data Accuracy at Experian and am employed by Experian Information Solutions, Inc. ("Experian"), a party to this action, and am authorized to make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 8, 2020, in Costa Mesa, California.

_____
Patricia Finneran

**Confidential – Subject to Protective Order.**