UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  **Case No. 1:19-cv-23084-KMW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REPLY TO PLAINTIFFS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY</u>

  Defendant Experian Information Solutions, Inc. ("Experian") hereby replies to Plaintiffs' Response to Experian's Notice of Supplemental Authority (ECF No. 80) (the "Response").

  Plaintiffs' Response is improper because it contains extensive argument regarding *Erickson*'s impact on the merits of Experian's Motion for Summary Judgment. "Supplemental filings should direct the Court's attention to legal authority or evidence that was not available to the filing party at the time that that party filed the original brief to which the subsequent supplemental filing pertains." *Barron v. Snyder's Lance, Inc.*, No. 13–62496–CIV, 2014 WL 2686060, at *1 (S.D. Fla. June 14, 2014). "Beyond that, supplemental filings should do nothing more. In particular, *they should not make legal arguments*." *Id.* (emphasis added).

  While Experian strongly disagrees with the Response's arguments, Experian will not elaborate further on *Erickson* at this time, as doing so would be inappropriate for a notice of supplemental authority. *See id.* However, if the Court requests additional briefing on *Erickson*,

Experian will promptly comply with such a request.

Dated: March 2, 2021                                   Respectfully submitted,


                                                        /s/ William R. Taylor
                                                        A.M. Cristina Pérez Soto
                                                        Florida Bar No. 96692
                                                        Christina Mastrucci Lehn
                                                        Florida Bar No. 113013
                                                        **JONES DAY**
                                                        600 Brickell Avenue, Suite 3300
                                                        Miami, Florida 33131
                                                        Telephone: (305) 714-9700
                                                        Facsimile: (305) 714-9799
                                                        E-mail: cperezsoto@jonesday.com
                                                        E-mail: cmlehn@jonesday.com

                                                        William R. Taylor (admitted *pro hac vice*)
                                                        Texas Bar No. 24070727
                                                        **JONES DAY**
                                                        717 Texas, Suite 3300
                                                        Houston, TX  77002
                                                        Telephone: (832) 239-3939
                                                        Facsimile: (832) 239-3600
                                                        Email: wrtaylor@jonesday.com

                                                        John A. Vogt (*admitted pro hac vice*)
                                                        California Bar No. 198677
                                                        **JONES DAY**
                                                        3161 Michelson Drive, Suite 800
                                                        Irvine, California 92612
                                                        Telephone: (949) 851-3939
                                                        Facsimile: (949) 553-7539
                                                        Email: javogt@jonesday.com


                                                        *Attorneys for Defendant*
                                                        *Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

/s/ A. M. Cristina Pérez Soto
A.M. Cristina Pérez Soto