UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated, | Case No 1:19-cv-23084-KMW |
| Plaintiffs, | |
| vs. | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. _____/ | |

## NOTICE OF STRIKING DE 82 BY DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES

COMES NOW Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("ARS") by and through its undersigned counsel, and files this Notice of Striking its Notice of Serving ARS's Rebuttal Expert Report **[DE 82],** which was filed in error on March 5, 2021.

Dated this 23rd day of March 2021.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar Number 110108

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **March 23, 2021** via the Court Clerk's CM/ECF system which will provide notice to all parties' counsel of record by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may also access this filing through the Court's CM/ECF System.

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
Skohlmyer@shepardfirm.com
Mary Grace Dyleski
Florida Bar No.: 143383
mdyleski@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*