# EXHIBIT "A"

| | |
|---|---|
| **From:** | Jonas Mann <jmann@baronbudd.com> |
| **Sent:** | Friday, April 9, 2021 11:21 AM |
| **To:** | Mary Grace Dyleski; Taylor, William R.; Perez Soto, Cristina; Skip Kohlmyer |
| **Cc:** | MATT P. WEINSHALL; Mastrucci Lehn, Christina; Roland Tellis |
| **Subject:** | Re: Santos v HRRG |

Mary Grace,

==The class we're moving to certify is defined in the motion and it does not include ARS. There's nothing for your client to oppose.==

---

**From:** Mary Grace Dyleski <mdyleski@shepardfirm.com>
**Sent:** Friday, April 9, 2021 11:03:40 AM
**To:** Jonas Mann <jmann@baronbudd.com>; Taylor, William R. <wrtaylor@JonesDay.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Skip Kohlmyer <skohlmyer@shepardfirm.com>
**Cc:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>; Mastrucci Lehn, Christina <cmlehn@jonesday.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: Santos v HRRG

Understood, Jonas.
However, we will need to address the sub-class allegations against ARS that remain in the operative Complaint – are Plaintiffs waiving those claims?

Thank you.


**MARYGRACE DYLESKI | ATTORNEY AT LAW**
Florida Bar Number 143383



SHEPARD, SMITH,
KOHLMYER & HAND, P.A.
2300 MAITLAND CENTER PKWY, STE 100
MAITLAND, FL 32751
TOLL FREE: 866.247.3008
OFFICE: 407.622.1772 ext 116
FAX: 407.622.1884
**SHEPARDFIRM.COM**



DISCLAIMER:
The information transmitted is intended only for the person or entity to which it is addressed and contains confidential and/or privileged materials protected under the Attorney-Client Privilege. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

*"What you do speaks so loudly that I cannot hear what you say" ~Ralph Waldo Emerson*

**From:** Jonas Mann <jmann@baronbudd.com>
**Sent:** Friday, April 9, 2021 10:23 AM
**To:** Taylor, William R. <wrtaylor@JonesDay.com>; Mary Grace Dyleski <mdyleski@shepardfirm.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Skip Kohlmyer <skohlmyer@shepardfirm.com>
**Cc:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>; Mastrucci Lehn, Christina <cmlehn@jonesday.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** Re: Santos v HRRG

Will, can you provide the basis for the request?

Mary Grace, why does ARS need an extension? ==We're not moving to certify the claims against ARS.==

---

**From:** Taylor, William R. <wrtaylor@JonesDay.com>
**Sent:** Friday, April 9, 2021 10:17:57 AM
**To:** Jonas Mann <jmann@baronbudd.com>; Mary Grace Dyleski <mdyleski@shepardfirm.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Skip Kohlmyer <skohlmyer@shepardfirm.com>
**Cc:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>; Mastrucci Lehn, Christina <cmlehn@jonesday.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: Santos v HRRG

Defendants intend to seek a two-week extension on our respective responses to Plaintiffs' Motion for Class Certification such that the responses will be due on 5/3. Are Plaintiffs unopposed to this request? Thanks.

Will R. Taylor (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
717 Texas, Suite 3300
Houston, Texas 77002
Office +1.832.239.3860
Fax +1.832.239.3600
wrtaylor@jonesday.com

