# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 1:19-CV-23084-WILLIAMS/TORRES

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )  CASE NO. 1:19-cv-23084-KMW |
| v. | )<br>) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and EXPERIAN INFORMATION SOLUTIONS, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
### NOTICE OF STRIKING DOCUMENT ENTRY NUMBER 122

Pursuant to the Clerk's Notice to Filer (ECF No. 123), please take notice that Defendant Experian Information Solutions, Inc. hereby strikes document number 122.

Dated: May 19, 2021                                  Respectfully submitted,


                                                     /s/ A.M. Cristina Pérez Soto
                                                     A.M. Cristina Pérez Soto
                                                     Fla. Bar No. 096692
                                                     Christina Mastrucci Lehn
                                                     Fla. Bar No. 113013
                                                     **JONES DAY**
                                                     600 Brickell Avenue, Suite 3300
                                                     Miami, Florida 33131
                                                     Telephone: (305) 714-9700
                                                     Facsimile: (305) 714-9799
                                                     E-mail: cperezsoto@jonesday.com
                                                     Email: cmlehn@jonesday.com

                                                     William R. Taylor (*pro hac vice*)
                                                     **JONES DAY**
                                                     717 Texas, Suite 3300
                                                     Houston, TX  77002
                                                     Telephone: (832) 239-3939
                                                     Facsimile: (832) 239-3600
                                                     Email: wrtaylor@jonesday.com

                                                     John A. Vogt (*pro hac vice*)
                                                     **JONES DAY**
                                                     3161 Michelson Drive, Suite 800
                                                     Irvine, CA 92612-4408
                                                     (949) 851-3939
                                                     javogt@jonesday.com

                                                     *Attorneys for Defendant*
                                                     *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

>   */s/ A.M. Cristina Pérez Soto*
>   A.M. Cristina Pérez Soto