**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated, | Case No 1:19-cv-23084-KMW |
| Plaintiffs, | |
| vs. | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. _____/ | |

**DECLARATION OF MATTHEW P. WEINSHALL IN SUPPORT OF PLAINTIFFS' REPLY REGARDING CLASS CERTIFICATION**

I, Matthew P. Weinshall, declare as follows:

1. I am an attorney admitted to this Court and licensed to practice in the State of Florida. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them. I am an attorney with the law firm of Podhurst Orseck, P.A., counsel of record for Plaintiffs Omar Santos and Amanda Clements ("Plaintiffs"). I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Patrick Brennan, dated May 21, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Witness Rebuttal Report of Evan Hendricks, dated March 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 24th day of May, 2021.

                                        */s/Matthew P. Weinshall*
                                        Matthew P. Weinshall