# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated, | Case No 1:19-cv-23084-KMW |
| Plaintiffs, | |
| vs. | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. _____/ | |

# JOINT MOTION FOR AN ORDER
# EXTENDING TRIAL DATE AND ASSOCIATED
# PRE-TRIAL DEADLINES

Plaintiffs Omar Santos and Amanda Clements ("Plaintiffs"), Defendant Healthcare Revenue Recovery Group, LLC ("HRRG"), and Experian Information Solutions, Inc. ("Experian") (collectively, "the Parties") by and through their undersigned counsel, jointly request an extension of the current August 16, 2021 trial date, along with the associated pre-trial deadlines.[1] This is the first request for an extension of the trial date.

As described below, the Parties have a number of pending motions, including a motion for class certification, the resolution of which will have an impact on trial preparation. Accordingly, Plaintiffs and Experian jointly believe that a six-month extension of the current trial date and the associated pre-trial dates is in the best interests of the Court's management of this case and trial preparation. HRRG believes a ninety day extension would be sufficient.

On April 5, 2021, Plaintiffs filed their motion for class certification. [DE 86.] On May 17, 2021, the Court granted Experian's request to file a corrected opposition and Plaintiffs' request for additional time to file a reply. [DE 116; 120.] Briefing on the motion was completed on May 24, 2021. On May 13, 2021, the Court referred the class certification motion and several motions to seal to Magistrate Judge Torres. [DE 114.]

---

[1] While HRRG would prefer not to delay the trial by six (6) months, HRRG is agreeable to a ninety (90) day extension of the trial date and pretrial deadlines.

1

Additionally, a motion for summary judgment filed by HRRG on September 14, 2020 [DE 59], and *Daubert* motions filed by HRRG and Experian on April 5, 2021, remain pending [DE 90; 91].

The resolution of each of these pending motions will have an impact on trial preparations. Accordingly, Plaintiffs and Experian respectfully propose the following modified schedule which extends the trial date, and associated pre-trial date, by six months:

| | |
|---|---|
| December 17, 2021 | The Parties shall each file one motion in limine. |
| January 7, 2022 | The Parties shall file a joint pre-trial stipulation, exhibit lists, and witness lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions. |
| January 14, 2022 | The Parties shall file their deposition designations |
| February 14, 2022 | Calendar Call and Pre-Trial Conference |
| February 21, 2022 | Trial |

2

Dated: June 3, 2021      **PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
John Gravante (FBN 617113)
Matthew P. Weinshall (FBN 84783)
Alissa Del Riego (FBN 99742)
SunTrust International Center
One S.E. Third Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305)358-2800/Fax: (305)358-2381
Email: pprieto@podhurst.com
        jgravante@podhurst.com
        mweinshall@podhurst.com
        adelriego@podhurst.com

Roland Tellis
rtellis@baronbudd.com
Jonas P. Mann
jmann@barobudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard
Suite 1600
Encino, California 91436


Dennis McCarty
dennismccartylaw@gmail.com
Jonathan Raburn
jonathan@geauxlaw.com
**McCARTHY & RABURN PLLC**
2931 Ridge Road, Suite 101 #504
Rockwall, Texas 75032

*Attorneys for Plaintiffs OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated*

3

Dated:  June 3, 2021  **JONES DAY**

        A. Cristina Pérez Soto, Florida Bar No. 096692
        Christina T. Mastrucci, Florida Bar No. 113013
        600 Brickell Avenue, Suite 3300
        Miami, Florida 33131
        Telephone:  (305)714-9700/Fax: (305)714-9799
        Email:  cperezsoto@jonesday.com
               cmastrucci@jonesday.com

        William R. Taylor, TX Bar No. 24070727
        (admitted *pro hac vice)*
        **JONES DAY**
        717 Texas, Suite 3300
        Houston, Texas 77022
        Telephone: (832)239-3939
        Fax:  (832)239-3600
        Email:   wrtaylor@jonesday.com

        John A. Vogt (*pro hac vice*)
        **JONES DAY**
        3161 Michelson Drive, Suite 800
        Irvine, CA 92612-4408
        (949) 851-3939
        javogt@jonesday.com

        *Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.*

Dated:  June 3, 2021

**SHEPARD, SMITH, KOHLMYER & HAND, P.A.**

Ernest H. Kohlmyer, III
Florida Bar No. 110108
Mary Grace Dyleski
Florida Bar No. 143383
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone:  (407)662-1772/Fax: (407)622-1884
Email:  SKohlmyer@shepardfirm.com
         mdyleski@shepardfirm.com

*Attorneys for Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ACCOUNT RESOLUTION SERVICES*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2021, a true and correct copy of the foregoing document was filed via CM/ECF, which will transmit electronic notices of filing to counsel of record.

 /s/Peter Prieto
Peter Prieto