**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | CASE NO. 1:19-cv-23084-KMW |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE AS COUNSEL**
**FOR EXPERIAN INFORMATION SOLUTIONS, INC.**

　　The undersigned, Marc A. Weinroth, respectfully requests that the Clerk of the Court withdraw his appearance as counsel of record for Experian Information Solutions, Inc. ("Experian") in this matter. Mr. Weinroth is leaving Jones Day and will be unable to continue his representation of Experian in this matter.

　　Experian will continue to be represented by A.M. Cristina Pérez Soto, Christina Mastrucci Lehn, William R. Taylor, and John A. Vogt, all of whom have already entered their appearances in this matter. Pursuant to Local Rule 11.1(d)(3)(A), a current mailing address for Experian's remaining counsel is JONES DAY, 600 Brickell Avenue, Suite 3300, Miami, Florida 33131. This motion is not sought for purposes of delay.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

　　Undersigned counsel conferred with counsel for Plaintiff in good faith regarding the relief sought herein, and Plaintiff does not oppose the relief requested herein.

Dated: September 3, 2021                                   Respectfully submitted,

                                                              */s/ Marc A. Weinroth*
A.M. Cristina Pérez Soto
Florida Bar No. 096692
Marc A. Weinroth
Florida Bar No. 042873
Christina Mastrucci Lehn
Florida Bar No. 113013
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
Email: cperezsoto@jonesday.com
Email: mweinroth@jonesday.com
Email: cmlehn@jonesday.com

William R. Taylor (admitted *pro hac vice*)
Texas Bar No. 24070727
**JONES DAY**
717 Texas, Suite 3300
Houston, Texas  77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: wtaylor@jonesday.com

John A. Vogt (admitted *pro hac vice*)
California Bar No. 198677
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: javogt@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Marc A. Weinroth*
Marc A. Weinroth