**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:19-cv-23084-KMW |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO WITHDRAW APPEARANCE**
**AS COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS CAUSE having come before the Court on Marc A. Weinroth's Unopposed Motion to Withdraw Appearance As Counsel for Experian Information Solutions, Inc. ("the Motion"). The Court, having reviewed the Motion and otherwise being fully advised of the premises, determines that there is good cause for granting the Motion.

Accordingly it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is directed to withdraw the appearance of Marc A. Weinroth as counsel of record.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of _____, 2021.

_____
**KATHLEEN WILLIAMS**
**UNITED STATES DISTRICT JUDGE**