*filed*
D.C.

**Apr 15, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2022

Alissa Del Riego
Podhurst Orseck, PA
1 SE 3RD AVE STE 2300
MIAMI, FL 33130

Jonas Mann
Baron & Budd, PC
15910 VENTURA BLVD STE 1600
ENCINO, CA 91436

Dennis McCarty
McCarty & Raburn PLLC
2931 RIDGE ROAD STE 101 504
ROCKWALL, TX 75032

Peter Prieto
Podhurst Orseck, PA
1 SE 3RD AVE STE 2300
MIAMI, FL 33130

Jonathan Raburn
McCarty & Raburn PLLC
2931 RIDGE ROAD STE 101 504
ROCKWALL, TX 75032

Roland Tellis
Baron & Budd, PC
15910 VENTURA BLVD STE 1600
ENCINO, CA 91436

Matthew P. Weinshall
Podhurst Orseck, PA
1 SE 3RD AVE STE 2300
MIAMI, FL 33130

Appeal Number:  22-90001-C

Case Style:  Omar Santos, et al v. Experian Information Solutions, Inc.
District Court Docket No:  1:19-cv-23084-KMW

GENERAL DOCKET NUMBER: **22-11187 C**

Permission to Appeal
Enclosed is the court's order granting permission to appeal. This appeal has been docketed under the general docket number shown above, which must be used for all future correspondence and filings instead of the previously assigned number.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Civil Appeal Statement
Appellants and Cross-Appellants must file a Civil Appeal Statement, which is available on the Court's website, within 14 days after this letter's date. See 11th Cir. R. 33-1(a).

Mediation
If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free, and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an

appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Docketing and Filing Fees
Pursuant to FRAP 5(d), the appellant must, within 14 days after the date of this order, pay to the DISTRICT COURT clerk the docketing and filing fees required by statute. See 28 U.S.C. § § 1913, 1917.

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after April 15, 2022. See 11th Cir. R. 12-1; 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

Enclosure(s)

DKT-10 Petition Permission Granted

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  22-90001-C

_____

OMAR SANTOS,
AMANDA CLEMENTS,
Individually, and on behalf of all others
similarly situated,

                                                            Petitioners,

versus

EXPERIAN INFORMATION SOLUTIONS, INC.,

                                                            Respondent.

_____

Petition for Permission to Appeal from the
United States District Court for the Southern District of Florida

_____

Before: JORDAN, BRANCH, and BRASHER, Circuit Judges.

BY THE COURT:

    The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. 23(f) is GRANTED.