# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

OMAR SANTOS and AMANDA
CLEMENTS on behalf of themselves and
all others similarly situated,

Case No 1:19-cv-23084-KMW

      Plaintiffs,

  vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ARS ACCOUNT
RESOLUTION SERVICES and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants.

_____/

**<ins>JOINT STATUS REPORT</ins>**

Plaintiffs Omar Santos and Amanda Clements and Defendant Experian Information Solutions, Inc., by and through their undersigned counsel, jointly provide the following status report, pursuant to this Court's Order (ECF No. 200).

On May 23, 2022, this Court entered an Order (ECF No. 197) staying this action pending the Eleventh Circuit's resolution of *Santos v. Experian Information Solutions, Inc.*, No. 22-11187 (11th Cir.), which is a Rule 23(f) appeal of the denial of class certification.  Briefing is now complete in the appeal, which remains pending. Oral Argument has been scheduled during the week of May 15, 2023.

The Parties will submit additional status reports with any further updates on the appeal every sixty days, until the appeal is resolved.

Dated:  February 28, 2023    **PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
John Gravante (FBN 617113)
Matthew P. Weinshall (FBN 84783)
One S.E. Third Avenue, Suite 2300
Miami, Florida 33131
Telephone:  (305)358-2800/Fax: (305)358-2381
Email:  pprieto@podhurst.com
          jgravante@podhurst.com
          mweinshall@podhurst.com

Roland Tellis
rtellis@baronbudd.com
Jonas P. Mann
jmann@barobudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard
Suite 1600
Encino, California 91436

Dennis McCarty
dennismccartylaw@gmail.com
Jonathan Raburn
jonathan@geauxlaw.com
**McCARTHY & RABURN PLLC**
2931 Ridge Road, Suite 101 #504
Rockwall, Texas 75032

***Attorneys for Plaintiffs OMAR SANTOS and AMANDA CLEMENTS on behalf of themselves and all others similarly situated***

Dated:  February 28, 2023

A. Cristina Pérez Soto, Florida Bar No. 096692
Christina T. Mastrucci, Florida Bar No. 113013
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone:  (305)714-9700/Fax: (305)714-9799
Email:  cperezsoto@jonesday.com
           cmastrucci@jonesday.com


William R. Taylor, TX Bar No. 24070727
(admitted *pro hac vice*)
**JONES DAY**
717 Texas, Suite 3300
Houston, Texas 77022
Telephone: (832)239-3939
Fax:  (832)239-3600
Email:   wrtaylor@jonesday.com

John A. Vogt (*pro hac vice*)
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
(949) 851-3939
javogt@jonesday.com

*Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By:  _/s/ Peter Prieto_____
        Peter Prieto